IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No.: 2:06 CV1043-MHT |
| | * |
| MONTGOMERY COUNTY YOUTH | * |
| FACILITY; and BRUCED HOWELL, | * |
| | * |
| Defendants. | * |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Montgomery County Youth Facility and Bruce Howell hereby give Notice of Removal of this action from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division, as follows:

### Commencement of the Case

1. This action was commenced on or about October 13, 2006, with the filing of a Summons and Complaint in Civil Action No. CV-2006-2665 in the Circuit Court of Montgomery County, Alabama. (Exhibit "A"). Service was perfected on Defendants on October 31, 2006.

### Jurisdictional Statement

2. Pursuant to 28 U.S.C. §1331, this Court would have original jurisdiction over Plaintiff's claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* Plaintiff's Complaint contains a claim brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and thus presents a question arising under the Constitution, laws, or treaties of the United

States. This Court's supplemental jurisdiction is invoked with respect to the remaining claims in Plaintiff's Complaint pursuant to 28 U.S.C. §1367(a).

### Timeliness of Removal

3. Pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendants are timely removing this action within thirty days after service of the Complaint, the pleading from which it was first ascertained that this case has become removable. 28 U.S.C. § 1446(b).

### Removal to Middle District of Alabama

4. Removal is proper to the Middle District of Alabama, Northern Division, pursuant to 28 U.S.C. § 81, as Montgomery County is within its boundaries. Pursuant to 28 U.S.C. § 1441, this action is being removed to this Court, which embraces the place where the action is pending in state court.

### Attachment of State Court Pleadings and Records

5. Pursuant to Local Rules 3.1 and 81.1, and 28 U.S.C. § 1446, a completed civil cover sheet and clear and legible copies of all pleadings, motions, orders and other papers filed and served in this action are attached as Exhibit "A."

### Notice to State Court

6. Contemporaneously with the filing of this Notice of Removal in this Court, and in accordance with 28 U.S.C. § 1446(d), Defendants have sent written Notice of Removal to Plaintiff's attorney and have filed a copy of this Notice with the Clerk of the Circuit Court of Montgomery County, Alabama.

### No Admission of Fact or Law

7. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved.

## Conclusion

WHEREFORE, THE PREMISES CONSIDERED, the Defendants respectfully submit that they are entitled to have this action removed from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted this the 20th day of November, 2006.

/s/ _____
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for Defendants

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel of record listed below by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 20th day of November, 2006.

Priscilla Black Duncan
P.B. Duncan & Associates, LLC
472 South Lawrence Street, Suite 204
Montgomery, Alabama 36104

_____
OF COUNSEL

#22932

CV 06- 2665

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT -- CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>`C V` ☐☐☐☐ ☐☐☐☐ ☐☐ - ☐☐<br>Date of Filing:  Judge Code:<br>☐☐ ☐☐ ☐☐☐☐  MHT<br>Month   Day   Year |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF** _____ MONTGOMERY _____, ALABAMA
(Name of County)

_____ MARY JETER _____ v. MONTGOMERY COUNTY YOUTH FACILITY
Plaintiff                                                    Defendant

**First Plaintiff:**  ☐ Business  ☑ Individual          **First Defendant:**  ☐ Business  ☐ Individual
                      ☐ Government  ☐ Other                                    ☑ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

2006 OCT 13 PM 3:52  FILED CIRCUIT COURT OF MONTGOMERY COUNTY

**ORIGIN** (check one):  F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER: _____
                          R ☐ REMANDED              T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ YES   ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** D U N 0 3 3    Oct 12, 2006    /s/ Priscilla B. Duncan
                                  Date              Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES  ☑ NO  ☐ UNDECIDED

EXHIBIT A

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | **SUMMONS**<br>**-CIVIL-** | Case Number<br><br>CV-06-2668 |
|---|---|---|

IN THE ___Circuit___ COURT OF ___MONTGOMERY___ COUNTY

**Plaintiff** ___MARY JETER___  v.  **Defendant** ___Montgomery Co. Youth Facility,___
___Bruce Howell___

D1

**NOTICE TO** ___MONTGOMERY COUNTY YOUTH FACILITY___
___1111 Air Base BLVD___

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADDMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY ___PRISCILLA BLACK DUNCAN___ WHOSE ADDRESS IS ___472 S. Lawrence, Suite 204   Montgomery AL 36104___

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERRIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date ___10/25/06___    ___Melissa Rittenour___ By: ___K___
Clerk/Register

FILED 2006 OCT 13 PM 3:52 CIRCUIT COURT OF MONTGOMERY COUNTY

[ ] Certified Mail is hereby requested.    _____
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

[ ] Return receipt of certified mail received in this office on _____ (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

_____   _____
Date                  Server's Signature

_____   _____
Address of Server     Type of Process Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | **SUMMONS<br>-CIVIL-** | Case Number<br><br>CV-06-2665 |
|---|---|---|

IN THE _____Circuit_____ COURT OF _____MONTGOMERY_____ COUNTY

**Plaintiff** _____MARY JETER_____ v. **Defendant** ___Montgomery Co. Youth Facility,___
                                                              ___Bruce Howell___
                                              D2

**NOTICE TO** _____BRUCE HOWELL, 1111 AIRBASE BLVD., MONTGOMERY AL 36108_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADDMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY __PRISCILLA BLACK DUNCAN__ WHOSE ADDRESS IS _____472 S. Lawrence, Suite 204   Montgomery AL 36104_____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date __10/25/06__     _Melissa Rittenour_____ By: __X__
                          Clerk/Register

FILED 2006 OCT 13 PM 3:52 CIRCUIT COURT OF MONTGOMERY COUNTY

[ ] Certified Mail is hereby requested.     _____
                                            Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

[ ] Return receipt of certified mail received in this office on _____.
                                                                        (Date)
[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____
    _____ in _____ County,
    Alabama on _____.
                (Date)

_____                    _____
Date                                      Server's Signature

_____                    _____
Address of Server                         Type of Process Server

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
CIVIL DIVISION

| | |
|---|---|
| MARY JETER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV-2006- 2665 ) |
| MONTGOMERY COUNTY YOUTH FACILITY, BRUCE HOWELL, in his official and personal capacity, | ) ) JURY TRIAL ) DEMANDED ) ) |
| Defendants. | ) ) |

## COMPLAINT

COMES NOW, Plaintiff Mary Jeter, and brings this complaint against the Montgomery County Youth Facility and Bruce Howell for denial of earned wages and discrimination.

## JURISDICTION AND VENUE

Plainitff is a resident of Montgomery County, Alabama, and is over the age of 19 years. Defendants include a governmental entity located in Montgomery County and its director, who supervised the actions that took place in Montgomery County.

## FACTS

Plaintiff is an employee of Defendant Montgomery County Youth Facility (hereinafter "MCYF"), directed by Bruce Howell, (hereinafter "Howell") Chief Probation Officer and Juvenile Court Administrator. On June 1, 2002, Plaintiff, designated a Youth

Counselor II, was assigned to Home Detention Verification under a new program developed by then-Judge Richard Dorough. The work, five nights a week, required Plaintiff to call youths who had been placed under Home Detention for criminal violations. The calls were intended to verify that the youths were indeed at home in the evenings as ordered.

Plaintiff's new duties at night were in addition to her full-time job at the facility. Plaintiff was not compensated for her calling assignments, performed Monday through Thursday. On the weekends, a employee was assigned to make the calls as part of her regularly scheduled hours. Plaintiff received overtime pay, 2 hours per night, when she took over duties for the weekend caller. It was the MCYF practice and policy to pay other employees two hours of overtime pay for after-hours calls, whether the calls were received or not.

Plaintiff performed these home detention verification calls for most of 3 ½ years. Plaintiff was never told by supervisors that she was eligible for overtime or compensation for the time worked. A white female who was assigned the duties in Plaintiff's absence, was paid overtime.

Plaintiff raised a written claim with the MCYF and Howell on Jan. 31, 2006, which was referred to the county attorney in March. In April, the program was suspended.

After Plaintiff made her written claim to the Montgomery County attorney, she has been retaliated against and harassed by Howell, shunned, spied upon and given a steeply increased workload.

Plaintiff has suffered serious mental and physical distress, as a result of her treatment by Defendants.

## COUNT ONE

### FAIR LABOR STANDARDS ACT

Defendant MCYF have violated the Fair Labor Standards Act Title §29 USC 8 (201 et.sec.) by denying overtime to a regular, non-exempt employee, compelled to perform duties in excess of 40 hours per week.

## COUNT TWO

### BREACH OF EMPLOYMENT CONTRACT
### BREACH OF CONTRACT OF GOOD FAITH AND FAIR DEALING

Defendant MCYF has actual and implied contracts with Plaintiff for the time specified to pay her for the hours she works and to pay her as other employees are paid for overtime hours.

## COUNT THREE

### RETALIATION

Defendant MCYF, through its agent, Defendant Bruce Howell, did retaliate against Plaintiff, when she exerted a claim for overtime pay. Complaints under the FLSA are protected from retaliation.

## COUNT FOUR

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Defendant Bruce Howell did knowingly and intentionally inflict emotional distress upon the Plaintiff by shunning her at the workplace, spying on her and by increasing her workload in an attempt to force her to abandon her rightful claims.

Plaintiff reserves the right to amend her claims pending further discovery.

### JURY TRIAL DEMANDED

WHEREFORE, Plaintiff demands remuneration for her lost income, interest, liquidated damages, attorney fees, court costs and damages for her suffering in the amount of $50,000.

Respectfully submitted, this 12th of October, 2006,

Priscilla Black Duncan (DUN033)
Attorney for the Plaintiff

P.B. Duncan & Associates, LLC
472 S. Lawrence, Suite 204
Montgomery AL 36104
(334) 264-9679
(334) 264-9643 FAX

Address of Defendants:

Montgomery County Youth Facility
1111 Airbase Blvd
P.O. Box 9219
Montgomery AL 36108