IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MARY JETER,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 2:06-cv-1043-MHT |
| | * | |
| **MONTGOMERY COUNTY YOUTH** | * | |
| **FACILITY; and BRUCE HOWELL,** | * | |
| | * | |
| Defendants. | * | |

## MOTION TO DISMISS

COME NOW the Defendant identified in the Complaint as "Montgomery County Youth Facility" and Defendant Bruce Howell, pursuant to Rule 12(b), Fed. R.Civ. P., and move this Court to dismiss the Plaintiff's claims against them. Defendants show as follows:

1. Plaintiff's claims against the Defendant identified in the Complaint as the Montgomery County Youth Facility are due to be dismissed because the Montgomery County Youth Facility is not a legal entity capable of being sued.

2. Plaintiff has failed to adequately plead a state law claim for outrage against Defendant Howell.

WHEREFORE, THE PREMISES CONSIDERED, Defendants respectfully request that this Court enter an order dismissing Plaintiff's claims against them with prejudice. Defendants request any other relief to which they may be entitled.

/s/Constance C. Walker
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for Defendants

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Priscilla Black Duncan
P.B. Duncan & Associates, LLC
472 South Lawrence Street, Suite 204
Montgomery, Alabama 36104

　　　　　　　　　　　　　　　　　　　　/s/Constance C. Walker_____
　　　　　　　　　　　　　　　　　　　　OF COUNSEL

#23090