IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARY JETER,                      )
                                 )
    Plaintiff,                   )
                                 )         CIVIL ACTION NO.
    v.                           )           2:06cv1043-MHT
                                 )
MONTGOMERY COUNTY YOUTH          )
FACILITY and BRUCE HOWELL        )
in his official and              )
personal capacities,             )
                                 )
    Defendants.                  )
```

ORDER

It is ORDERED that the motion to dismiss (doc. no. 2) is set for submission, without oral argument, on December 13, 2006, with all briefs due by said date.

DONE, this the 29th day of November, 2006.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE