IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 2:06-cv-1043-MHT |
| | ) |
| MONTGOMERY COUNTY, | ) |
| | ) |
| Defendants. | ) |

**ANSWER TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW, Plaintiff Mary Jeter, and responds thusly to the Defendant's Motion to Dismiss.

1. Plaintiff submits her first amended complaint as allowed under F.R.C.P 15 (a), as a matter of right, since the Defendant has offered no responsive pleading in this case. A Motion to Dismiss is not a responsive pleading. <u>Chivilis v. SEC,</u> 673 F.2d 1205, 1209 (11th Cir. 1982), cited in <u>Williams v. Board of Regents at the University of Georgia,</u> 441 F.3d, 1287 (11th Cir. 2006).

2. The Plaintiff's first amended complaint corrects a misnomer, the name of the employer, "Montgomery County."

3. The amended complaint conforms the pleadings to federal style after Defendant's removal of pleadings drawn for state court.

4. The amended complaint deletes the plaintiff's supervisor, Bruce Howell, as a defendant, for the purpose of judicial economy, and deletes the charge of intentional infliction of emotional

1

distress.

5. The amended complaint adds the related federal charge of Race Discrimination under § 1983, which was omitted in state court pleadings.

Plaintiff has addressed all of the Defendant's objections and prays the Court to allow the case to proceed.

Respectfully submitted, this 12th of December, 2006,

/s/ Priscilla Black Duncan_____

Priscilla Black Duncan (DUN033)
Attorney for the Plaintiff

P.B. Duncan & Associates, LLC
472 S. Lawrence, Suite 204
Montgomery AL 36104
(334) 264-9679 (334) 264-9643 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Defendant's counsel by electronically filing a copy of same through the Court's CM/ECF program this the 12th day of December, 2006.

/s/ Priscilla Black Duncan_____

Constance Walker/Thomas Gallion III
Haskell, Slaughter, Young & Gallion
305 S. Lawrence St.
Montgomery AL 36104