IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, )<br>)<br>  Plaintiff, )<br>) CIVIL ACTION NO.<br>v. ) 2:06cv1043-MHT<br>)<br>MONTGOMERY COUNTY, )<br>)<br>  Defendant. ) | |

ORDER

It is ORDERED that the motion to dismiss (doc. no. 2) is denied.

DONE, this the 13th day of December, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE