IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY JETER, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | CASE NO. 2:06cv1043 |
| | } | |
| MONTGOMERY COUNTY YOUTH | } | |
| FACILITY and BRUCE HOWELL, | } | |
| | } | |
| Defendants. | } | |

## REPORT ON PARTIES PROPOSED DISCOVERY SCHEDULE

I. Pursuant to F.R.C.P.26(f), a conference meeting was held and attended by:

Priscilla Black Duncan, Esq.
P.B. Duncan & Associates, LLC
472 S. Lawrence St, Suite 204
Montgomery, AL 36104
Counsel for Plaintiff


Constance Walker/Thomas Gallion III
Haskell, Slaughter Young & Gallion
305 S. Lawrence Street
Montgomery AL 36104
Counsel for Defendants


      The parties do not request a conference with the court before entry of the scheduling order.

2. Pre-Discovery Disclosures: The parties will exchange by May 10, 2007, all information required by F.R.C.P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

All discovery will be commenced in time to be completed by December 5, 2007. The parties will conduct discovery in liability and damages.

A maximum of 35 Interrogatories may be served by each party to any other party. Responses due 30 days after service.

A maximum of 20 Requests for Admission may be served by each party to any other party. Responses due 30 days after service.

A maximum of 35 Requests for Production may be served by each party to any other party. Responses due 30 days after service.

Plaintiffs request up to 7 depositions. Each defendant requests up to 7 depositions. Each deposition is limited to a maximum of 5 hours unless extended by agreement of parties, exclusive of experts.

Reports of retained experts under Rule 26(a)(2) shall be due from Plaintiffs by October 1, 2007 and from Defendants by October 15, 2007.

4. Other Items:

The parties request a pretrial conference on January 30, 2008.

Plaintiff should be allowed until September 1, 2007, to join additional parties and/or to amend the pleadings.

Defendants should be allowed until October 1, 2007 to join additional parties and/ or to amend the pleadings.

Settlement cannot be evaluated prior to December 15, 2007.

All potentially dispositive motions shall be filed by November 1, 2007.

Final lists of witnesses and exhibits under Rule 26 (a)(3) shall be due from Plaintiffs by March 1, 2008 and from Defendants by March 1, 2008, with objections due by March 14, 2008.

The case should be ready for trial by March 20, 2008, and is expected to take approximately two days.

DONE this the 12th day of December 2006.

Respectfully submitted,

s/ Priscilla Black Duncan_____
Priscilla Black Duncan   (DUN033)
P.B. Duncan & Associates, LLC
472 S. Lawrence, Suite 204
Montgomery AL 36104
(334) 264-9679
(334) 264-9643 FAX
E-mail:  helzphar@mindspring.com

**Counsel for the Plaintiff**

-and-

s/ Constance C. Walker_____
Constance Walker        (WAL144)

s/ Thomas T. Gallion, III_____
Thomas T. Gallion III     (GAL 010)

Haskell, Slaughter Young & Gallion
305 S. Lawrence Street
Montgomery AL 36104
Counsel for Defendants

**Counsel for Defendants Montgomery County, Bruce Howell**

(334) 265-8573
(334) 264-7945 FAX
ccw@hsy.com
mp@hsy.com