IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv1043-MHT |
| ) | |
| MONTGOMERY COUNTY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to the first amended complaint (doc. no. 7) it is ORDERED as follows:

(1) Montgomery County, Alabama is added as a defendant.

(2) Montgomery County Youth Facility and Bruce Howell, in his official and personal capacity, are dismissed.

DONE, this the 19th day of December, 2006.

           /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE