AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 12/27/06 |
| NAME OF SERVER (PRINT) Peggy Abbott | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left with Diane at front desk of Haskell, Slaughter, Montgomery

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 25.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/27/06
                   Date

Peggy Abbott
Signature of Server

472 Lawrence St. Montgomery, AL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

RECEIVED

2007 JAN -3 A 9:36

District of _____Alabama_____ Middle

P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Mary Jeter

V.

Montgomery County, Alabama

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-cv-01043-MHT-DRB

TO: (Name and address of Defendant)

Montgomery County Alabama
c/o Haskell Slaughter Young & Gallion LLC
305 South Lawrence St
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Priscilla Black Duncan
P. B. Duncan & Associates, LLC
472 South Lawrence Street
Suite 204
Montgomery, AL 36104
(334) 264-9679
Fax: 264-9643
Email: helzphar@mindspring.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*   12/21/06

CLERK   DATE

(By) DEPUTY CLERK