**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MARY JETER,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **vs.** | ] | **Case Number: 2:06cv1043-MHT** |
| | ] | |
| **MONTGOMERY COUNTY,** | ] | |
| | ] | |
| **Defendant.** | ] | |

**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

COMES NOW Defendant Montgomery County, pursuant to Rule 12(b)(6), Fed. R.Civ. P., and moves this Court to dismiss the Plaintiff's First Amended Complaint.  Defendant shows as follows:

1.      Plaintiff's First Amended Complaint fails to state a claim upon which relief may be granted.

2.      Plaintiff has failed to adequately plead a claim for violation of the Fair Labor Standards Act against Defendant Montgomery County.

3.      Plaintiff has failed to adequately plead a state law claim for breach of contract against Defendant Montgomery County.

4.      Plaintiff's state law claim for breach of contract is preempted by the Fair Labor Standards Act and should therefore be dismissed.

5.      Plaintiff's state law claim for breach of contract against Defendant Montgomery County is due to be dismissed because Plaintiff failed to allege that she filed a notice of claim with the Montgomery County Commission, a condition precedent to filing suit against a County under Alabama law.

6.    Plaintiff has failed to adequately plead a claim for retaliation under the Fair Labor Standards Act.

7.    Plaintiff's race discrimination claim is preempted by the Fair Labor Standards Act and should therefore be dismissed.

8.    Plaintiff's claim for punitive damages should be dismissed because punitive damages are not recoverable against a County under federal and Alabama law.

**WHEREFORE, THE PREMISES CONSIDERED,** Defendant moves this Court to dismiss Plaintiff's First Amended Complaint and to grant Defendant any other relief to which it may be entitled.

_____
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for Defendant Montgomery County

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2007, I faxed a copy of the foregoing to the following counsel for the Plaintiff, and mailed a copy to the following counsel for the Plaintiff on the 17th day of January, 2007:

Priscilla Black Duncan
P.B. Duncan & Associates, LLC
472 South Lawrence Street, Suite 204
Montgomery, Alabama 36104
(334) 264-9679
(334) 264-9643 (fax)

_____
Of Counsel