**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 17, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Jeter v. Montgomery County

Case Number:   2:06-cv-01043-MHT

Referenced Pleading:   Motion to dismiss
Docket Entry Number:   14

**The referenced pleading was filed on \*\*January 16, 2007\*\* in this case and is hereby STRICKEN as an erroneous duplicate docket entry.**

**Parties are instructed to disregard #14 docketing entry, which has been stricken from the record as a docketing error. Please refer to the corrected entry #16.**