IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv1043-MHT |
| ) | |
| MONTGOMERY COUNTY, ) | |
| ) | |
|    Defendant. ) | |

## ORDER

It is ORDERED that the motion to dismiss (doc. no. 16) is set for submission, without oral argument, on January 26, 2007, with all briefs due by said date.

DONE, this the 17th day of January, 2007.

                    /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE