# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

MARY JETER,                        )
                                   )
    Plaintiff,                    )
                                   )
v.                                 )     CV 2:06-cv-1043-MHT
                                   )
                                   )
MONTGOMERY COUNTY,                 )
                                   )
    Defendants.                   )

## ANSWER TO DEFENDANT'S
## SECOND MOTION TO DISMISS

COMES NOW, Plaintiff Mary Jeter, and responds thusly to the Defendant's Second Motion to Dismiss, and:

1. Plaintiff submits her second amended complaint as allowed under F.R.C.P 15 (a), as a matter of right, since the Defendant has offered no responsive pleading in this case. A Motion to Dismiss is not a responsive pleading. Chivilis v. SEC, 673 F.2d 1205, 1209 (11th Cir. 1982), cited in Williams v. Board of Regents at the University of Georgia, 441 F.3d, 1287 (11th Cir. 2006).

2. The Plaintiff's second amended complaint deletes the demand for punitive damages and retaliation and makes further efforts to demystify the complaint for the Defendant.

3. Plaintiff has addressed all of the Defendant's objections and prays the Court to allow the case to proceed.

1

In further response to Defendant's Second Brief for Dismissal:

A.   A Simple Statement of Facts and their Relation to Statutory of Common-Law Claims are All that is Required in Notice Pleading

Defendant's protestations of confusion as to the substance and claims of Plaintiff's complaint are disingenuous, since the parties attempted written negotiations to resolve the pay issue for eight months in the year 2006. (PX-1). These 15 letters detail, even the Plaintiff's attempts to reconstruct the actual cases she handled during the period. The Defendant has never denied it owes the Plaintiff back wages, and even attempts to place the burden on the Plaintiff to produce records the Defendant is charged with keeping under the statute. (Letters of July 7 and Aug. 1, calling for time sheets and original documents from Plaintiff).

This Court has upheld succinct pleading in Scott v. Estes, 60 F.Supp.2d 1260, 1268-1269 (M.D. Ala. 1999), wherein this same Defendant waged the same argument. Judge Thompson wrote that -- that under the "liberal system of 'notice pleading' set up by the Federal Rules," Leatherman v. Tarrant County Narcotics Intelligence and Coordination Unit, 507 U.S. 163, 122 L.Ed. 2d 517 (1993), a short and plain statement of the claim is sufficient.

Moreover, the Defendant has not moved for a more definite statement. Defendant's cited case Jackson v. BellSouth Telecommunications, 372 F.3d 1250 (11th Circ. 2004) is hardly similar the case at hand. Jackson is a class action, involving RICO claims and the Court, in it's initial line of analysis, takes a big breath and states: "The background facts and procedural history necessary to understand this case are intricate and extensive." at 1254.

Not so in the case at hand. The facts are plain. Count One states that Plaintiff worked

assigned overtime for nearly five years, and the Defendant refused to pay her.

B.    Plaintiff's Claims for Breach of Contract and Race Discrimination are Framed by the Fair Labor Standards Act, not excluded by it.

Because Alabama's statute of limitations on contract/performance claims is six years, and the FLSA Act claim for intentional violations is three years, and the Plaintiff's claim extends over a nearly four-year period. Plaintiff invokes Breach of Contract in an effort to be made whole for that period which the FLSA will not reach.

Race Discrimination Claim

In this Court's opinion in Scott v. Estes, supra, at 1286, the invocation of § 1983 claims is analyzed in terms of other claims. "Section 1983 provides a cause of action for violations of the Constitution and laws of the United States caused by persons acting under color or state law. ..Section 1983 does not create any rights of its own, but rather simply allows for redress of violations of other rights. See Baker v. McCollan, 443 U.S. 137, 144 n.3, 99 S.Ct. 2689, 2694, n.3, 61 L.Ed2d 433 (1979).

The 11th Circuit has held that a plaintiff will be curtailed from invoking Section 1983, if the claim arises solely from violation of rights created by a statute, such as Title VII or ADA, Scott v. Estes, supra. "However, if the Section 1983 claim arises from a violation of the U.S. Constitution, in this case equal protection under the Fourteenth Amendment, the claim is supported. Cross v. State of Alabama, 49 F.3e 1490, 1507 ( 11th Cir. 1995)," quoted in Scott, at 1270.

The Plaintiff,  Mary Jeter, a black woman, has a right under the Fourteenth Amenment of the U.S. Constitution to be free from race-based discrimination in pay. That is a right separate and

apart from any right to overtime compensation guaranteed by the FLSA.

C. <u>Montgomery County is Estopped from Asserting its Notice Claim</u>

Because the County's attorney entered into settlement negotiations asserting the authority

and desire to settle Plaintiff's FLSA claims expeditiously (PX 1: Aug. 1), and continued to

negotiate for eight months, eventually offering a minute settlement, the county is estopped from

now invoking notice provisions. As Defendant notes, the purpose of the Ala. Code § 6-5-20, is to

provide county commissions with notice of claims and an opportunity to investigate the claims,"

<u>Elmore County Comm'n v. Ragona</u>, 540 So.2d 720,723 (Ala. 1989.)  However, from perusing

the Defendant's letters ( PX1), there has been ample review of the claims and auditing thereof.[1]

There are two other reasons for applying the doctrine of estoppel," the Alabama Supreme

Court noted, in <u>City of Montgomery  v. Weldon</u>, 280 Ala. 463, 467, 195 So.2d 110,112-113

(Ala. 1967). "1) the purpose of the statute has been fulfilled, and 2) the principle of estoppel has

been applied in the past against a municipality." In <u>Weldon</u>, the governmental entity maintained

close contact with the injured party until the suit was filed, and then asserted cover by the notice

requirement. (City and county notice requirements are nearly identical, save time periods.) The

case draws a clear line between waiver, which the government cannot give, and estoppel, it's

"inhihibtion to assert it."

Defendant's claim for itemization, although it holds all documents necessary for that

accounting, is moderated in <u>Helms v. Barbour County</u>  914 So.2d 825, 829 (Ala. 2005).  "The

---

[1] It remains for the Defendant to deny that Betty Ingram and Linda Harrison were hired from September through December, 2006, to audit Jeter's work records in relation to this claim.

itemization provision should not be narrowly construed as applying solely to a breakdown of damages in precise dollar amounts. Rather, the 'items' should include a factual background, a description of the event or transaction given rise to the claim, the alleged basis for the county's liability for damages resulting from the event or transaction, the nature of the damages and the compensation demanded." Documentation was provided to the Defendant early in 2006 (PX2, see letters of acknowledgment in PX 1: May 30, July 7).

If there is no mandate for government to negotiate in good faith, there would be no negotiation, and all claims would rise to federal court. It appears the Defendant, admitting the claim was first evoked on one year ago, now intends to use the Plaintiff's good faith to attempt to defeat her claim.

Plaintiff's claim for breach of the implied contract of good faith and fair dealing refers only to the negotiations for fair and adequate settlement with Defendant in 2006, which were breached in October, after Defendant used the time period to attempt to build a case against Plaintiff for theft of time (and failed). Plaintiff is still within the one-year claim period from this October breach and will file the Plaintiff's accompanying affidavit (PX3) contemporaneously with the Montgomery County Commission.

Respectfully submitted, this 26th of January, 2007,

Priscilla Black Duncan (DUN033)
Attorney for the Plaintiff

P.B. Duncan & Associates, LLC

5

472 S. Lawrence, Suite 204
Montgomery AL 36104
(334) 264-9679 (334) 264-9643 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Defendant's counsel by electronically filing a copy by U.S. Mail, postage prepaid, this the 26th day of January, 2007.

Constance Walker/Thomas Gallion III
Haskell, Slaughter, Young & Gallion
305 S. Lawrence St.
Montgomery AL 36104

6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

MARY JETER,                                          )
     Plaintiff,                                    )
                                                   )
v.                                                   )          CV 2:06-cv-1043-MHT
                                                   )
MONTGOMERY COUNTY,                                   )
     Defendants.                                   )

## PLAINTIFF'S EXHIBITS

PX1.  Letters Between Plaintiff and Defendant Regarding Claim

    Jan. 31 – to Bruce Howell, director of Montgomery County Youth Facility.

    March 3 – from County Attorney, acknowledging receipt of Jan. 31 letter

    March 21 – to County Attorney, explaining county has already determined pay rate at two hours for overtime work.

    March 28– from County Attorney, requesting data on Plaintiff's other job

    April 4 – to County Attorney, answering inquiries about Plaintiff's other job.

    April 19 – from County Attorney to R.L. Baugh, seeking information regarding outside employment of Plaintiff

    May 30 – to County Attorney, regarding documentation and harassment

    June 7 – from County Attorney, re: Baugh, harasssment and 15 min. extra pay.

    July 6 – to County Attorney, regarding overtime paid to others.

    July 7– from County Attorney, acknowledging documentation

    Aug. 1– from County Attorney, requesting "original documents"

    Aug. 3 – to County Attorney, questioning term

    Aug. 23 –from County Attorney, solicitng response.

    Oct. 9 – from County Attorney, offering $2,500.

PX2 – Plaintiff's documentation Submitted to Defendant

PX3 – Affidavit of Mary Jeter, stating claim of $73,167.50

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Defendant's counsel by mailing a copy by U.S. Mail, postage prepaid, this the 26th day of January, 2007.

Constance Walker/Thomas Gallion III
Haskell, Slaughter, Young & Gallion
305 S. Lawrence St.
Montgomery AL 36104

# PX 1



Constance C. Walker
ccw@hsy.com

Haskell Slaughter Young & Gallion, LLC

305 South Lawrence Street

Montgomery, Alabama 36104

t. 334.265.8573 | f. 334.264.7945

Mailing Address | Post Office Box 4660

Montgomery, Alabama 36103-4660

October 9, 2006

Priscilla B. Duncan, Esq.
P.B. DUNCAN & ASSOCIATES, LLC
472 Lawrence Street
Suite 204
Montgomery, Alabama  36104

RE:    **Mary Jeter – Overtime claim**
       **Our File Number:  50051-570**

Dear Priscilla:

I have conferred with my client and we prepared to offer Ms. Jeter $2,500 in full settlement of her claim for overtime in this matter.  Please let me know if you have any questions about this or if you would like to discuss this further.

Sincerely,

Constance C. Walker

CCW/jc

cc:  Bruce Howell



CONSTANCE C. WALKER
ccw@hsy.com

Haskell Slaughter Young & Gallion, LLC

305 South Lawrence Street

Montgomery, Alabama 36104

t. 334.265.8573 | f. 334.264.7945

Mailing Address | Post Office Box 4660

Montgomery, Alabama 36103-4660

August 23, 2006

Priscilla Duncan, Esq.
P.B. Duncan & Associates, LLC
Post Office Box 1603
Montgomery, Alabama 36102

> **Re:** ***Mary Jeter***
> ***Our File Number:*** *50051-570*

Dear Priscilla:

I am meeting with my client on Friday to discuss the settlement demand and will provide you with a response after we meet. In the meantime, please do not hesitate to contact me if you have any questions regarding this matter.

Sincerely,

Constance C. Walker

CCW/elm

#21840 v1 - Letter to P. Duncan

# PRISCILLA BLACK DUNCAN

*ATTORNEY & COUNSELOR*

Constance Walker
Haskell Slaughter
305 S. Lawrence St.
Montgomery AL 36014

August 3, 2006

RE: Mary Jeter
Your File Number 50051-570

Dear Connie:

Apparently, we're having a failure to communicate. The documents we submitted were prepared by Mary Jeter for <u>your</u> benefit. If you can tell me what "originals" you are talking about and what you think they would show, I might understand that there is a rational need for them. Otherwise, I think your client is sandbagging.

These are the clients Mary Jeter remembers, backed up with the case files at the Montgomery County Youth Facility. If we litigate this case, we will no doubt find more, probably twice as many clients, through discovery. This would extend the resolution period significantly and the cost to your client, if that is a concern. Also, Ms. Jeter is undergoing significant stress, including an attack, which required hospitalization. She spent several days recuperating at home under doctor's orders.

Please explain to me what "original documentation" you are talking about.

Sincerely,

Priscilla Black Duncan



CONSTANCE C. WALKER attorneys at law
ccw@hsy.com

Haskell Slaughter Young & Gallion, LLC

305 South Lawrence Street

Montgomery, Alabama 36104

t. 334.265.8573 | f. 334.264.7945

Mailing Address | Post Office Box 4660

Montgomery, Alabama 36103-4660

August 1, 2006

Priscilla Duncan, Esq.
P.B. Duncan & Associates, LLC
Post Office Box 1603
Montgomery, Alabama 36102

    Re:   Mary Jeter
          Our File Number:   50051-570

Dear Priscilla:

As you know, I sent you a letter dated July 7, 2006 asking you to please provide us with the original documents that you previously sent setting forth the time your client claims in overtime. I also talked to you on the telephone on Thursday, July 27, 2006 and again asked for these documents and further advised you that upon review of these documents, my client was interested in reaching a resolution of this matter. You told me you would check with you client to see about getting the original documents. The next day, however, you left me a voicemail stating that my client was not proceeding in good faith and that you were going to file suit if resolution was not reached the following week. Priscilla, I do not understand why you said these things on your voicemail. It's as if you were not even present during our earlier conversation on Thursday.

It appears based on your voicemail that your client does not have the original documents. Please let me know immediately if this is not so. If you cannot produce the original documentation, I will review the documentation provided and discuss with my client an appropriate response.

Sincerely,

Constance C. Walker

CCW/sll


cc:   Bruce Howell



Haskell Slaughter Young & Gallion, LLC

305 South Lawrence Street

Montgomery, Alabama 36104

t. 334.265.8573 | f. 334.264.7945

Mailing Address | Post Office Box 4660

Montgomery, Alabama 36103-4660

July 7, 2006

Priscilla Duncan, Esq.
P.B. Duncan & Associates, LLC
Post Office Box 1603
Montgomery, Alabama 36102

     Re:   Mary Jeter
          Our File Number:   50051-570

Dear Priscilla:

     Thank you for providing me with the documentation supporting your client's claim for overtime. I would appreciate it if you would please let me examine the original timesheets before we make a decision as to how to proceed.

     I appreciate your patience and look forward to hearing from you soon.

                     Sincerely,

                     Constance C. Walker

CCW/sll

# PRISCILLA BLACK DUNCAN

*ATTORNEY & COUNSELOR*

Constance Walker
Haskell Slaughter
305 S. Lawrence St.
Montgomery Al 36104

July 6, 2006

RE: Mary Jeter
Your File Number:  50051-750

Dear Connie:

Thank you for communicating our concern about job harassment. The negative treatment ceased immediately after you received my last letter.

Ms. Jeter was offered an additional 15 minutes of pay to compensate for her overtime on home detention matters. This hardly seems equitable as we are of the understanding that David Beverly, Charles Glasscock, Catherine Andrews, Lois Caffey, Preston Frazier, Natalie Johnson, Alex Thomas and Sue Thompson are paid for an additional two hours per day, whether or not they receive ten calls.

Ms. Jeter notes that no home detention orders have been given since she complained about the pay. She states to me that she can reconstruct no more case supervision without the assistance of the Youth Facility.

Please let me know what the county intends to do to rectify Ms. Jeter's situation.

Sincerely,

Priscilla Black Duncan

CC: Mary Jeter



Haskell Slaughter Young & Gallion, LLC

305 South Lawrence Street

Montgomery, Alabama 36104

t. 334.265.8573 | f. 334.264.7945

Mailing Address | Post Office Box 4660

Montgomery, Alabama 36103-4660

June 7, 2006

Priscilla Duncan, Esq.
P.B. Duncan & Associates, LLC
Post Office Box 1603
Montgomery, Alabama 36102

     Re:  Mary Jeter
           Our File Number:   50051-570

Dear Priscilla:

     Thank you for your letter of May 30, 2006. I have forwarded the information to my client. We will be meeting shortly to provide you with a response.

     You are correct that my April 19, 2006 letter to Mr. Baugh at the STEP Program references an EEOC claim. This was obviously an oversight on our part. I apologize for any confusion that this may have caused.

     You state in your letter of May 30, 2006 that Ms Jeter has been subjected harassment at the Youth Facility since she has asserted her claim for overtime. My client has no knowledge of your client being subjected to harassment. I can also assure you that the Youth Facility does not harass any of its employees and that it will not tolerate any harassment of its employees. Please let me know immediately what you are talking about when you say Ms. Jeter has been subjected to "further harassment" in your letter of May 30, 2006, and this matter will be investigated immediately.

     Finally, you state in your letter that "the attempt to add 15 minutes to [Ms. Jeter's] salary made earlier this year does not constitute a satisfaction of overtime." I do not understand what you are talking about here either. I would appreciate if you would please call me so that we can discuss this further.

Sincerely,

Constance C. Walker

CCW/sll

cc:  Bruce Howell

# PRISCILLA BLACK DUNCAN

*Attorney & Counselor*

Constance Walker
Haskell Slaughter Gallion
305 South Lawrence
Montgomery AL 36104

May 30, 2006

RE: Mary Jeter – Overtime Claim

Dear Connie:

Enclosed are additional accountings for time spent calling the youthful offenders and verifying home detention. Again, since Ms. Jeter does not have access to all files, she is not stating this is a true and complete list of all youths called.

I had hoped we could resolve this matter without litigation, but it seems Bruce Howell is bent on retaliating against my client for bringing the issue forward. He has recently denied Ms. Jeter expenses for airline far, conference fees and meals to a national conference she will attend June 11 in San Diego. The amount withheld is about $900.

Howell even tried to persuade Judge Warner to attend the conference instead of Ms. Jeter. Howell now says he cannot pay the costs because his facility is short of funds. I only mention this because it may indicate financial mismanagement at the youth facility.

Mr. Howell also has made attempts to get other employees to provide negative information about Ms. Jeter.

I believe you got all the information you sought about Ms. Jeter's employment with the Step Program. However, your letter to R.,L. Baugh references an EEOC claim, and none has been filed.

Please tell me within two weeks how the county wishes to resolve this matter, as my client does not deserve to be subjected to further harassment for pursuit of equal pay. For the record, the attempt to add 15 minutes pay to her salary, made earlier this year, does not constitute a satisfaction for overtime.

Sincerely,

Priscilla Black Duncan
Enc:

P.B. Duncan & Associates, L.L.C.
472 S. Lawrence Street • Suite 204 • Montgomery, Alabama 36104
Post Office Box 1603 • Montgomery, Alabama 36102
Phone (334) 264-9679 • Fax (334) 264-9643 • E-mail: helzphar@mindspring.com

*If info to STEP*
*sent to*
*pept to County*

❖ Haskell|Slaughter
attorneys at law

*Returned*
*info 4/20/06*

Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
t. 334.265.8573 | f. 334.264.7945
Mailing Address | Post Office Box 4660
Montgomery, Alabama 36103-4660

April 19, 2006

Mr. R.L. Baugh
Montgomery County Board of Education
STEP Program
Post Office Box 241347
Montgomery, Alabama 36124

Re:  EEOC Claim – Mary Jeter
     Our File Number:  50051-570

Dear Mr. Baugh:

Our law firm represents Bruce Howell and the Montgomery County Youth Facility with respect to a claim for overtime compensation asserted by Ms. Jeter against the Youth Facility. Attached hereto is a copy of a letter dated April 4, 2006, that I received from Ms. Jeter's attorney, Priscilla Duncan, in response to our request for time sheets regarding Ms. Jeter's employment with the STEP Program. Ms. Duncan has advised us to contact you to obtain this information.

I would appreciate it if you would please provide me with copies of Ms. Jeter's time sheets or sign in sheets for her employment with the STEP Program for the period of 2002 to the present. Of course, we will be more than happy to reimburse you for the costs of the copies.

Thank you for your attention to this matter. Of course, if you have any questions, please do not hesitate to contact me.

Sincerely,

Constance C. Walker

CCW/gvp
Enclosures

cc:  Thomas T. Gallion, III, Esq.
     Mr. Bruce Howell

# PRISCILLA BLACK DUNCAN

*ATTORNEY & COUNSELOR*

Constance Walker
Haskell Slaughter
305 S. Lawrence
Montgomery AL 36104

April 4, 2006

RE: Mary Jeter – Overtime Claim
     Your File 50051-463

Dear Connie:

Ms. Jeter worked for the Montgomery County Board of Education from September 1, 1998, to May 5, 2001, which pre-dates the claim period. She began working for the STEP Program on December 1, 2001, as a violence prevention and home visit specialist. Her hours are at-will. You can contact R.L. Baugh for more information.

Since Bruce Howell and Michael Provitt also hold employment with Alabama State University, I don't see the correlation between Ms. Jeter part-time work and the county's reason for not paying her at the same rate her white counterpart is paid.

Sincerely,

Priscilla Black Duncan



Haskell Slaughter Young & Gallion, LLC

305 South Lawrence Street

Montgomery, Alabama 36104

t. 334.265.8573 | f. 334.264.7945

Mailing Address | Post Office Box 4660

Montgomery, Alabama 36103-4660

Constance C. Walker
ccw@hsy.com

March 28, 2006

Priscilla B. Duncan, Esq.
P.B. DUNCAN & ASSOCIATES, LLC
472 Lawrence Street
Suite 204
Montgomery, Alabama  36104

RE:    Mary Jeter – Overtime Claim
Our File Number:    50051-463

Dear Priscilla:

I understand that Ms. Jeter has additional employment outside of the Montgomery County Youth Facility that may have a bearing on her claim for overtime compensation in this case.  So that the Montgomery County Youth Facility may fully evaluate Ms. Jeter's claim, I would appreciate it if you would please supply me with the following:

1.    the name and address for all places of employment for Ms. Jeter from June 1, 2002, to the present; and

2.    a copy of all payroll sheets at these other places of employment from June 1, 2002, to the present, showing the hours, times and dates worked by Ms. Jeter.

Thank you for your attention to this matter.

Sincerely,

Constance C. Walker

CCW/gvp

cc:    Mr. Bruce Howell

#19679 v1 - Priscilla Duncan ltr.CCW.032106

# PRISCILLA BLACK DUNCAN

*ATTORNEY & COUNSELOR*

Constance C. Walker
Haskell Slaughter
305 S. Lawrence
Montgomery AL 3604

March 21, 2006

RE: Mary Jeter

Dear Constance:

Mary Jeter did indeed put in for overtime when she relieved Phoenix Martin on weekends, and the Montgomery County Youth Facility has determined that the pay for that relief is two hours pay per day. (Ms. Martin does the same job – home detention verification -- on weekends.) Ms. Jeter has <u>not</u>, however, been compensated for the overtime she spends doing this same job Monday through Thursday.  Bruce Howell and Steve Wooten are fully aware that her paid overtime represents only "subbing" for Ms. Martin.

Here, as requested, are some of evening calls Ms. Jeter has made, Monday through Thursday during this period. Because of privacy restrictions, the names of the detainees have not been provided, but their case numbers are listed. As Ms. Jeter is in the process of recreating her calls for the entire four-year period without the assistance of her supervisors, this documentation may take some time.

However, I felt you should see the initial work on the project, and realize the amount of time spent per call is not a factor, since the county already has determined the rate of pay for the extra work.

Please contact me if you have additional questions.

Sincerely,

Priscilla Black Duncan

P.B. DUNCAN & ASSOCIATES, L.L.C.
472 S. LAWRENCE STREET • SUITE 204 • MONTGOMERY, ALABAMA 36104
POST OFFICE BOX 1603 • MONTGOMERY, ALABAMA 36102
PHONE (334) 264-9679 • FAX (334) 264-9643 • E-MAIL: HELZPHAR@MINDSPRING.COM



Constance C. Walker
ccw@hsy.com

Haskell Slaughter Young & Gallion, LLC

305 South Lawrence Street

Montgomery, Alabama 36104

t. 334.265.8573 | f. 334.264.7945

Mailing Address | Post Office Box 4660

Montgomery, Alabama 36103-4660

March 3, 2006

Priscilla B. Duncan, Esq.
P.B. DUNCAN & ASSOCIATES, LLC
472 Lawrence Street
Suite 204
Montgomery, Alabama  36104

     RE:    Mary Jeter – Overtime Claim
            Our File Number:   50051-463

Dear Priscilla:

I have obtained the time sheets for Mary Jeter for the time period reflected in your letter of January 31, 2006, to Bruce Howell and Steve Wooten at the Montgomery County Youth Facility. During this period, Ms Jeter regularly submitted the required forms for overtime for her work on the home detention program. The records also reflect that Montgomery County has paid every request for overtime submitted by Ms. Jeter, including every request for overtime on the home detention program. Based on this documentation, Ms. Jeter is not entitled to payments for the entire period of June 1, 2002, to the present.

I would appreciate it if you would please provide me with all documentation evidencing the dates and amounts of time Ms. Jeter claims to have worked on each date on the home detention program that Ms. Jeter claims have not been paid by Montgomery County. Also, please provide me with the name of the detainee with whom Ms. Jeter communicated on each of these dates, indicating the amount of time she worked on each date.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

Constance C. Walker

CCW/gvp

cc:   Thomas T. Gallion, III, Esq.
      Mr. Bruce Howell
      Mr. Steve Wooten

#19409 v1 - Priscilla Duncan ltr.CCW.030306

P.B. DUNCAN & ASSOCIATES, LLC
472 S. LAWRENCE, SUITE 204
MONTGOMERY AL 36104
(334) 264-9679/(334) 264-9643 FAX

## FACSIMILE TRANSMITTAL SHEET

| TO: Bruce Howell/Steve Wooten | FROM: Priscilla Duncan |
|---|---|
| COMPANY: Montgomery Co. Youth Facility | DATE: 1/31/06 |
| FAX NUMBER: 261-4132 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Overtime/Mary Jeter | YOUR REFERENCE NUMBER: |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

PX 2

NAME: *JU 98 - 866*

PHONE: *262-1123*

*2003*

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 27 | 01 | 03 | 02 | 01 | 03 | 01 | 04 |
| 28 |  | 04 |  | 02 |  | 02 |  |
| 29 |  | 05 |  | 03 |  | 03 |  |
| 30 |  | 06 |  | 04 |  | 07 |  |
| 31 |  | 07 |  | 05 |  |  |  |
|  |  | 08 |  | 06 |  |  |  |
|  |  | 09 |  | 10 |  |  |  |
|  |  | 10 |  | 11 |  |  |  |
|  |  | 11 |  | 12 |  |  |  |
|  |  | 12 |  | 13 |  |  |  |
|  |  | 13 |  | 14 |  |  |  |
|  |  | 17 |  | 15 |  |  |  |
|  |  | 18 |  | 16 |  |  |  |
|  |  | 19 |  | 17 |  |  |  |
|  |  | 20 |  | 18 |  |  |  |
|  |  | 24 |  | 19 |  |  |  |
|  |  | 25 |  | 20 |  |  |  |
|  |  | 26 |  | 24 |  |  |  |
|  |  | 27 |  | 25 |  |  |  |
|  |  |  |  | 26 |  |  |  |
|  |  |  |  | 27 |  |  |  |
|  |  |  |  | 31 |  |  |  |

NAME: _JU99-069_____

PHONE: _269-5629_____

**2003**

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 16 | 04 | 01 | 05 | 02 | 06 | 01 | 07 |
| 17 |  | 05 |  | 03 |  | 02 |  |
| 21 |  | 06 |  | 04 |  | 03 |  |
| 22 |  | 07 |  | 05 |  | 07 |  |
| 23 |  | 08 |  | 08 |  | 08 |  |
| 24 |  | 09 |  | 10 |  | 09 |  |
| 25 |  | 12 |  | 11 |  | 10 |  |
| 26 |  | 13 |  | 12 |  | 14 |  |
| 27 |  | 14 |  | 16 |  | 15 |  |
| 28 |  | 15 |  | 17 |  | 16 |  |
| 29 |  | 19 |  | 18 |  | 17 |  |
| 30 |  | 20 |  | 19 |  | 21 |  |
|  |  | 21 |  | 23 |  | 22 |  |
|  |  | 22 |  | 24 |  | 23 |  |
|  |  | 26 |  | 25 |  | 24 |  |
|  |  | 27 |  | 26 |  | 26 |  |
|  |  | 28 |  | 30 |  | 29 |  |
|  |  | 29 |  |  |  | 30 |  |
|  |  |  |  |  |  | 31 |  |

NAME: _JL99-069_

PHONE: _269-5629_

*2003*

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 04 | 08 | | | | | | |
| 05 | | | | | | | |
| 06 | | | | | | | |
| 07 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 25em | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NAME: *J u 900340.*

PHONE: *265 - 8188*

*2004*

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 26 | 01 | 02 | 02 | 01 | 03 | | |
| 27 | | 03 | | 02 | | | |
| 28 | | 04 | | 03 | | | |
| 29 | | 05 | | 04 | | | |
| | | 09 | | 08 | | | |
| | | 10 | | 09 | | | |
| | | 11 | | 10 | | | |
| | | 12 | | 11 | | | |
| | | 16 | | 15 | | | |
| | | 17 | | 16 | | | |
| | | 18 | | 17 | | | |
| | | 19 | | 18 | | | |
| | | 23 | | 22 | | | |
| | | 24 | | 23 | | | |
| | | 25 | | 24 | | | |
| | | 26 | | 25 | | | |
| | | | | 29 | | | |
| | | | | 30 | | | |
| | | | | 31 | | | |

NAME: _JU 2002 0530_

PHONE: _2130317 ; 2234131_

05

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 10 | 11 | 18 | | | | | |
| | | 19 | | | | | |
| 1 | 12 | 23 | | | | | |
| 5 | | 24 | | | | | |
| 6 | | 25 | | | | | |
| 7 | | 26 | | | | | |
| 8 | | 30 | | | | | |
| 12 | | 31 | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 2006  1 | 1 | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 17 | | | | | | | |

NAME: _JW02.1083_

PHONE: _356-5776_

_2005_

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 26 | 01 | 01 | 02 | | | | |
| 27 | | 02 | | | | | |
| 31 | | 03 | | | | | |
| | | 07 | | | | | |
| | | 08 | | | | | |
| | | 09 | | | | | |
| | | 10 | | | | | |
| | | 14 | | | | | |
| | | 15 | | | | | |
| | | 16 | | | | | |
| | | 17 | | | | | |
| | | 21 | | | | | |
| | | 22 | | | | | |
| | | 23 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NAME: JU02-928

PHONE: 288-2421

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 12 | 05 | 01 | 06 | 04 | 07 | 01 | 08 |
| 16 |  | 02 |  | 05 |  | 02 |  |
| 17 |  | 06 |  | 06 |  | 03 |  |
| 18 |  | 07 |  | 07 |  | 04 |  |
| 19 |  | 08 |  | 11 |  | 08 |  |
| 23 |  | 09 |  | 12 |  | 09 |  |
| 24 |  | 13 |  | 13 |  | 10 |  |
| 25 |  | 14 |  | 14 |  |  |  |
| 26 |  | 15 |  | 15 |  |  |  |
| 30 |  | 16 |  | 16 |  |  |  |
| 31 |  | 20 |  | 17 |  |  |  |
|  |  | 21 |  | 18 |  |  |  |
|  |  | 22 |  | 19 |  |  |  |
|  |  | 23 |  | 20 |  |  |  |
|  |  | 27 |  | 21 |  |  |  |
|  |  | 28 |  | 25 |  |  |  |
|  |  | 29 |  | 26 |  |  |  |
|  |  | 30 |  | 27 |  |  |  |
|  |  |  |  | 28 |  |  |  |

NAME: _JW02-319_

PHONE: _281-0387_

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 05 | 05 | 01 | 06 | 04 | 07 | | |
| 08 | | 02 | | 05 | | | |
| 10 | | 06 | | 06 | | | |
| 11 | | 07 | | 07 | | | |
| 12 | | 08 | | 11 | | | |
| 16 | | 09 | | 12 | | | |
| 17 | | 13 | | 13 | | | |
| 18 | | 14 | | | | | |
| 19 | | 15 | | | | | |
| 23 | | 16 | | | | | |
| 24 | | 20 | | | | | |
| 25 | | 21 | | | | | |
| 26 | | 22 | | | | | |
| 30 | | 23 | | | | | |
| 31 | | 27 | | | | | |
| | | 28 | | | | | |
| | | 29 | | | | | |
| | | 30 | | | | | |

NAME: _JU 2004  385_

PHONE: _561 9113_

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 13 | 12 | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 2006  1 | 1 | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| | | | | | | | |

NAME: _JU 05 0341 春_

PHONE: _286 9322_

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 20 | 10 | | | | | | |
| 31 | | | | | | | |
| | | | | | | | |
| 1 | 11 | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| | | | | | | | |
| 1 | 12 | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 12 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NAME: *JU 1989 2046*

PHONE: *288 3951*

*2005*

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 27 | 9 | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| | | | | | | | |
| 3 | 10 | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 31 | | | | | | | |
| | | | | | | | |
| 1 | 11 | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| | | | | | | | |
| 1 | 12 | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 12 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NAME: JY 2002 196.07

PHONE: 281-6723

05

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|---|---|---|---|---|---|---|---|
| 10 | 2 | 13 | | 16 | | 31 | |
| 14 | | 14 | | 20 | | | |
| 15 | | 18 | | 21 | | 6 | 9 |
| 16 | | 19 | | 22 | | 7 | |
| 17 | | 20 | | 23 | | 8 | |
| 21 | | 21 | | 27 | | 12 | |
| 22 | | 25 | | 28 | | 13 | |
| 23 | | 26 | | 29 | | 14 | |
| 24 | | 27 | | 30 | | 15 | |
| 28 | | 28 | | | | 19 | |
| | | | | | | 20 | |
| 1 | 3 | 2 | 5 | 1 | 7 | 21 | |
| 2 | | 3 | | 2 | | 22 | |
| 3 | | 4 | | 3 | | 23 | |
| 7 | | 5 | | 4 | | 26 | |
| 8 | | 9 | | 5 | | 27 | |
| 9 | | 10 | | 6 | | 28 | |
| 10 | | 11 | | 7 | | 29 | |
| 11 | | 12 | | 18 | | | |
| 14 | | 16 | | 19 | | 3 | 10 |
| 15 | | 17 | | 20 | | 4 | |
| 16 | | 18 | | 21 | | 5 | |
| 17 | | 19 | | 26 | | 6 | |
| 18 | | 25 | | 27 | | 10 | |
| 21 | | 26 | | 28 | | 11 | |
| 22 | | | | | | 12 | |
| 23 | | 1 | 6 | 8 | 8 | 13 | |
| 24 | | 2 | | 9 | | 17 | |
| 29 | | 6 | | 10 | | 18 | |
| 30 | | 7 | | 11 | | 19 | |
| 31 | | 8 | | 15 | | 20 | |
| | | 9 | | 16 | | 31 | |
| 4 | 4 | 10 | | 22 | | | |
| 5 | | 11 | | 23 | | | |
| 6 | | 12 | | 24 | | | |
| 7 | | 13 | | 25 | | | |
| 11 | | 14 | | 29 | Shillon Home Detention | | |
| 12 | | 15 | | 30 | | | |

1

NAME: *JU 2002  196.07·*

PHONE: *281 - 6723*

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 1 | 11 | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| | | | | | | | |
| 1 | 12 | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 12 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

2

NAME: JU 2004 1246 . 03. 04 05 . 06 . 07

PHONE: 281 8671

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 22 | 9 | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| | | | | | | | |
| 3 | 10 | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 31 | | | | | | | |
| | | | | | | | |
| 1 | 11 | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |

NAME: JLL 05536

PHONE: 288-9226

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 15 | 09 | 03 | 10 | 01 | 11 | 01 | 12 |
| 19 | | 04 | | 02 | | 05 | |
| 20 | | 05 | | 23 | | 06 | |
| 21 | | 06 | | 07 | | 07 | |
| 22 | | 10 | | 08 | | 08 | |
| 26 | | 11 | | 09 | | 12 | |
| 27 | | 12 | | 10 | | 13 | |
| 28 | | 13 | | 14 | | 14 | |
| 29 | | 19 | | 15 | | 15 | |
| | | 20 | | 16 | | 19 | |
| | | | | 17 | | 20 | |
| | | | | 28 | | 21 | |
| | | | | 29 | | 22 | |
| | | | | 30 | | 23 | |
| | | | | | | 24 | |
| | | | | | | 25 | |
| | | | | | | 26 | |
| | | | | | | 27 | |
| | | | | | | 28 | |
| | | | | | | 29 | |
| | | | | | | 30 | |
| | | | | | | 31 | |

Spoke with Probation
Office child no
longer on home
destention

NAME: _JUD5536_

PHONE: _288-9226_

2006

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 01 | 01 | 01 | 02 | 01 | 03 | 03 | 04 |
| 02 | | 02 | | 02 | | 04 | |
| 03 | | 06 | | 06 | | 05 | |
| 04 | | 07 | | 07 | | 06 | |
| 05 | | 08 | | 08 | | 10 | |
| 09 | | 09 | | 09 | | 11 | |
| 10 | | 13 | | 13 | | 12 | |
| 11 | | 14 | | 14 | | 13 | |
| 12 | | 15 | | 15 | | 17 | |
| 16 | | 16 | | 16 | | 18 | |
| 17 | | 20 | | 21 | | 19 | |
| 18 | | 21 | | 22 | | 20 | |
| 19 | | 22 | | 23 | | 24 | |
| 23 | | 23 | | 27 | | 25 | |
| 24 | | 27 | | 28 | | | |
| 25 | | 28 | | 29 | | | |
| 26 | | | | 30 | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |

NAME: J42004 001034

PHONE: 264-1992
396-2265

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 3 | 10 | | | | | | |
| 4 | 10 | | | | | | |
| 5 | 10 | | | | | | |
| 6 | 10 | | | | | | |
| 10 | 10 | | | | | | |
| 11 | 10 | | | | | | |
| 12 | 10 | | | | | | |
| 13 | 10 | | | | | | |
| 19 | 10 | | | | | | |
| 20 | 10 | | | | | | |
| 31 | 10 | | | | | | |
| 7 | 11 | | | | | | |
| 8 | 11 | | | | | | |
| 9 | 11 | | | | | | |
| 10 | 11 | Locked up Court 12-17 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NAME: JU 2004 000270

PHONE: 215 1142
8343455
3280983

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 18 | 7 | 14 | Sept | | | | |
| 19 | | 15 | 9 | | | | |
| 20 | | 19 | 9 | | | | |
| 21 | | 20 | 9 | | | | |
| 25 | | 21 | 9 | | | | |
| 26 | | 22 | 9 | | | | |
| 27 | | 26 | 9 | | | | |
| 28 | 7 | 27 | 9 | | | | |
| | | 28 | Sept | | | | |
| 1 | 8 | | | | | | |
| 2 | | | | | | | |
| 3 | | 3 | Oct | | | | |
| 4 | | 4 | | | | | |
| 8 | | 5 | | | | | |
| 9 | | 6 | | | | | |
| 10 | | 10 | | | | | |
| 11 | | 11 | | | | | |
| 15 | | 12 | | | | | |
| 16 | | 13 | | | | | |
| 17 | | 19 | | | | | |
| 18 | | 20 | | | | | |
| 19 | | 31 | | | | | |
| 20 | | | | | | | |
| 21 | | 1 | 11 | | | | |
| 22 | | 2 | | | | | |
| 23 | | 3 | | | | | |
| 24 | | 7 | | | | | |
| 25 | | 8 | | | | | |
| 29 | | 9 | | | | | |
| 30 | | 10 | | | | | |
| 31 | 8 | 14 | | | | | |
| | | 15 | release | | | | |
| 1 | 9 | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |

*15 minutes
started
February 16*

NAME: _JUQ4-873_

PHONE: _221-5264_
_351-3529_

*2006*

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 08 | 02 | 01 | 03 | | | | |
| 09 | | 02 | | | | | |
| 13 | | 06 | | | | | |
| 14 | | 07 | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

15 minutes
started
February 16

NAME: *JUa5-274*

PHONE: *356-6984*

Pulled from book
April 13
Phone remained
disconnected

2006

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 21 | 02 | 01 | 03 | 03 | 04 | | |
| 22 | | 02 | | 04 | | | |
| 23 | | 06 | | 05 | | | |
| 27 | | 07 | | 06 | | | |
| 28 | | 08 | | 10 | | | |
| | | 09 | | 11 | | | |
| | | 13 | | 12 | | | |
| | | 14 | | 13 | | | |
| | | 15 | | | | | |
| | | 16 | | | | | |
| | | 20 | | | | | |
| | | 21 | | | | | |
| | | 22 | | | | | |
| | | 23 | | | | | |
| | | 27 | | | | | |
| | | 28 | | | | | |
| | | 29 | | | | | |
| | | 30 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NAME: JU03 251.04

PHONE: 2440470
3916476

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 1 | dec | 9 | Jan | 1 | Feb | 1 | March |
| 2 | | 10 | | 2 | | 2 | |
| 6 | | 11 | | 6 | | 7 | |
| 7 | | 12 | | 7 | | 8 | |
| 8 | | 13 | | 8 | | 9 | |
| 9 | | 14 | | 9 | | 14 | |
| 13 | | 15 | | 13 | | 15 | |
| 14 | | 16 | | 14 | | 16 | |
| 15 | | 17 | | 15 | | 21 | |
| 20 | | 18 | | 16 | | 22 | |
| 21 | | 19 | | 21 | | 23 | |
| 22 | | 24 | | 22 | | 29 | |
| | | 25 | | 23 | | 30 | |
| | | 26 | | 24 | | | |
| | | | | | | | |
| 10 | April | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

2004

2005

NAME: _JU87 207_

PHONE: _2709988_
_2881454_

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 29 | Oct | 1 | Nov | 1 | Dec | | |
| | | 2 | | 2 | | | |
| | | 3 | | 6 | | | |
| | | 4 | | 7 | | | |
| | | 5 | | 8 | | | |
| | | 15 | | 9 | | | |
| | | 16 | | 13 | | | |
| | | 17 | | 14 | | | |
| | | 18 | | 15 | | | |
| | | 22 | | 21 | | | |
| | | 23 | | 22 | | | |
| | | 24 | | 23 | | | |
| | | 25 | | | | | |
| | | 26 | | | | | |

**2005**

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 1 | Jan | 1 | Feb | 1 | March | | April |
| 2 | | 2 | | 2 | | | |
| 3 | | 6 | | 7 | | | |
| 4 | | 8 | | 8 | | | |
| 5 | | 9 | | 9 | | | |
| 6 | | 13 | | 14 | | | |
| 7 | | 14 | | 15 | | | |
| 10 | | 15 | | 16 | | | |
| 11 | | 16 | | 21 | | | |
| 12 | | 21 | | 22 | | | |
| 17 | | 22 | | 23 | | | |
| 18 | | 23 | | 27 | | | |
| 19 | | | | 28 | | | |
| 25 | | | | 29 | | | |
| 26 | | | | 30 | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |

NAME: J495   82.08

PHONE: 2 84 0304
8 34 8 331

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|---|---|---|---|---|---|---|---|
| 9 | Dec | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| | | | | | | | |
| 5 | Jan | 1 | Feb | 1 | March | | |
| 6 | | 2 | | 2 | | | |
| 7 | | 6 | | 7 | | | |
| 8 | | 7 | | 8 | | | |
| 9 | | 8 | | 9 | | | |
| 10 | | 9 | | 14 | | | |
| 11 | | 13 | | 15 | | | |
| 12 | | 14 | | 16 | | | |
| 13 | | 15 | | 22 | | | |
| 14 | | 16 | | 23 | | | |
| 15 | | 21 | | | | | |
| 16 | | 22 | | | | | |
| 17 | | 23 | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |

2004

2005

NAME: _Jaos 779_

PHONE: _288 9995_
_233 8505_

06

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 7 | Dec | 1 | Jan | 1 | Feb | | |
| 8 | | 2 | | 2 | | | |
| 12 | | 3 | | 7 | | | |
| 13 | | 4 | | 8 | | | |
| 14 | | 5 | | 9 | | | |
| 15 | | 9 | | 13 | | | |
| 20 | | 10 | | 14 | | | |
| 21 | | 11 | | 15 | | | |
| 22 | | 12 | | 16 | | | |
| 23 | | 17 | | 17 | | | |
| 24 | | 18 | | | | | |
| 26 | | 19 | | | | | |
| 27 | | 20 | | | | | |
| 28 | | 23 | | | | | |
| 29 | | 24 | | | | | |
| 30 | | 25 | | | | | |
| 31 | | 26 | | | | | |
| | | 30 | | | | | |
| | | 31 | | | | | |

2005

JY

NAME: 05  000411 ,02-,04

PHONE: 2656489

2006

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 5 | Jan | 1 | Feb | | | | |
| 9 | | 2 | | | | | |
| 10 | | 6 | | | | | |
| 11 | | 7 | | | | | |
| 12 | | 8 | | | | | |
| 16 | | 9 | | | | | |
| 17 | | 13 | | | | | |
| 18 | | 14 | | | | | |
| 19 | | 15 | | | | | |
| 20 | | 16 | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 29 | | | | | | | |
| 2 9 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NAME: JC05 060G

PHONE: 281 8671

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 22 | Sept | 3 | Oct | 7 | Nov | 1 | dec |
| 26 | | 4 | | 8 | | 6 | |
| 27 | | 5 | | 9 | | 7 | |
| 28 | | 6 | | 10 | | 8 | |
| | | 10 | | | | 12 | |
| | | 11 | | | | 13 | |
| | | 12 | | | | 14 | |
| | | 13 | | | | 15 | |
| | | 18 | | | | 20 | |
| | | 19 | | | | 21 | |
| | | 20 | | | | 22 | |
| | | 21 | | | | 23 | |
| | | 31 | | | | 24 | |
| | | | | | | 27 | |
| | | | | | | 28 | |
| | | | | | | 29 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 1 | jun | 2 | Jet | | | | |
| 2 | | 7 | | | | | |
| 3 | | 8 | | | | | |
| 4 | | 9 | | | | | |
| 5 | | 13 | | | | | |
| 10 | | 14 | | | | | |
| 11 | | 15 | | | | | |
| 12 | | 16 | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |

2005

2006

NAME: JU 03   001037·06

PHONE: 279-7591

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 7 | Feb | 1 | March | 11 | April | April | |
| 8 | | 2 | | 12 | | | |
| 9 | | 7 | | 13 | | | |
| 13 | | 8 | | 18 | | | |
| 14 | | 9 | | 19 | | | |
| 15 | | 14 | | 20 | | | |
| 16 | | 15 | | | | | |
| 21 | | 16 | | | | | |
| 22 | | 21 | | | | | |
| 23 | | 22 | | | | | |
| 24 | | 23 | | | | | |
| | | 28 | | | | | |
| | | 29 | | | | | |
| | | 30 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NAME: XU 03 000736.04

PHONE: 2869864

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 3 | Jan | 1 | Feb | 1 | March | 4 | April |
| 4 | | 2 | | 2 | | 5 | |
| 5 | | 6 | | 7 | | 6 | |
| 10 | | 7 | | 8 | | 11 | |
| 11 | | 8 | | 9 | | 12 | |
| 12 | | 9 | | 13 | | 13 | |
| 13 | | 13 | | 14 | | 18 | |
| 14 | | 14 | | 15 | | 19 | |
| 15 | | 15 | | 16 | | 20 | |
| 16 | | 16 | | 21 | | 25 | |
| 17 | | 20 | | 22 | | 26 | |
| 18 | | 21 | | 23 | | 27 | |
| 19 | | 22 | | 28 | | | |
| 23 | | 23 | | 29 | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| | | | | | | | |
| 1 | May | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 22 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NAME: *JU04 460 .05-07*

PHONE: *2624629*
*5497385*

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 16 | March | 3 | April | | | | |
| 23 | | 4 | | | | | |
| 24 | | 5 | | | | | |
| 27 | | 6 | | | | | |
| 28 | | 10 | | | | | |
| 29 | | 11 | | | | | |
| 30 | | 12 | | | | | |
| | | 13 | | | | | |
| | | 17 | | | | | |

NAME: *JU05 000536.01*

PHONE: *284 48 71*
*322 39 49*
*288 96 26*

| | DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|---|---|---|---|---|---|---|---|---|
| *2005* | 19 | Sept | 3 | Oct | 1 | Nov | 1 | Dec |
| | 20 | | 4 | | 2 | | 5 | |
| | 21 | | 5 | | 3 | | 6 | |
| | 22 | | 6 | | 7 | | 7 | |
| | 26 | | 10 | | 8 | | 8 | |
| | 27 | | 11 | | 9 | | 12 | |
| | 28 | | 12 | | 10 | | 13 | |
| | 29 | | 13 | | | | 14 | |
| | 31 | | | | | | 15 | |
| | | | | | | | 19 | |
| | | | | | | | 20 | |
| | | | | | | | 21 | |
| | | | | | | | 22 | |
| *2006* | 3 | Jan | 1 | Feb | | | 23 | |
| | 4 | | 2 | | | | 24 | |
| | 5 | | 7 | | | | 27 | |
| | 9 | | 8 | | | | 28 | |
| | 10 | | 9 | | | | 29 | |
| | 11 | | 13 | | | | | |
| | 12 | | 14 | | | | | |
| | 17 | | 15 | | | | | |
| | 18 | | 16 | | | | | |
| | 19 | | | | | | | |
| | 23 | | | | | | | |
| | 24 | | | | | | | |
| | 25 | | | | | | | |
| | 26 | | | | | | | |
| | 30 | | | | | | | |
| | 31 | | | | | | | |

NAME: J403  423. 11

PHONE: 2622820

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 5 | July | 1 | Aug | 1 | Sept | 3 | Oct |
| 6 | | 2 | | 6 | | 4 | |
| 7 | | 3 | | 7 | | 5 | |
| 13 | | 4 | | 8 | | 6 | |
| 14 | | 7 | | 12 | | 10 | |
| 18 | | 8 | | 13 | | 11 | |
| 19 | | 9 | | 14 | | 12 | |
| 20 | | 10 | | 15 | | 13 | |
| 21 | | 11 | | 19 | | 31 | |
| 25 | | 15 | | 20 | | | |
| 26 | | 16 | | 26 | | | |
| 27 | | 18 | | 27 | | | |
| 28 | | 22 | | 28 | | | |
| | | 23 | | 29 | | | |
| | | 24 | | | | | |
| | | 25 | | | | | |
| | | 29 | | | | | |
| | | | | | | | |
| 5 | Nov | 1 | Dec | | | | |
| 6 | | 5 | | | | | |
| 7 | | 6 | | | | | |
| 8 | | 7 | | | | | |
| 9 | | 8 | | | | | |
| 10 | | 9 | | | | | |
| | | 10 | | | | | |
| | | 11 | | | | | |
| | | 12 | | | | | |
| | | 14 | | | | | |
| | | 15 | | | | | |
| | | 16 | | | | | |
| | | 19 | | | | | |
| | | 20 | | | | | |
| | | 21 | | | | | |
| | | 22 | | | | | |
| | | 23 | | | | | |
| | | 24 | | | | | |
| | | 26 | | | | | |

2005

NAME:_____

PHONE:_____

2006

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 3 | Jan | 1 | Let | | | | |
| 4 | | 2 | | | | | |
| 5 | | 6 | | | | | |
| 9 | | 7 | | | | | |
| 10 | | 8 | | | | | |
| 11 | | 9 | | | | | |
| 12 | | 13 | | | | | |
| 25 | | 14 | | | | | |
| 26 | | 15 | | | | | |
| 30 | | 16 | | | | | |
| | | 21 | | | | | |
| | | 22 | | | | | |
| | | 23 | | | | | |
| | | 24 | | | | | |

NAME: J4 03  484.07

PHONE: 2843175

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 1 #5 | July | 1 | Aug | 1 | Sept | 3 | Oct |
| 6 | | 2 | | 2 | | 4 | |
| 9 | | 3 | | 6 | | 5 | |
| 12 | | 4 | | 8 | | 6 | |
| 13 | | 8 | | 12 | | 12 | |
| 14 | | 9 | | 13 | | 11 | |
| 18 | | 10 | | 14 | | 12 | |
| 19 | | 11 | | 15 | | 13 | |
| 20 | | 13 | | 19 | | 14 | |
| 21 | | 16 | | 20 | | 15 | |
| 22 | | 17 | | 21 | | 31 | |
| 25 | | 22 | | 22 | | | |
| 26 | | 23 | | 23 | | | |
| 27 | | 24 | | 26 | | | |
| 28 | | 25 | | 27 | | | |
| | | 29 | | 28 | | | |
| | | | | | | | |
| 5 | Nov | 7 | Dec | | | | |
| 6 | | 8 | | | | | |
| 7 | | 12 | | | | | |
| 8 | | 13 | | | | | |
| 9 | | 14 | | | | | |
| 10 | | 15 | | | | | |
| | | 20 | | | | | |
| | | 21 | | | | | |
| | | 22 | | | | | |
| | | 23 | | | | | |
| | | 24 | | | | | |
| | | 25 | | | | | |
| | | 29 | | | | | |

NAME:_____

PHONE:_____

_2006_

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 1 | Jan | | Jan | | | | |
| 2 | | 12 | | | | | |
| 3 | | 13 | | | | | |
| 4 | | 14 | | | | | |
| 5 | | 15 | | | | | |
| 9 | | 16 | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 26 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NAME: _JU02 136.06_

PHONE: _2772583_

2005

| DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|------|-------|------|-------|------|-------|------|-------|
| 8 | Sept | 3 | Oct | | | | |
| 12 | | 4 | | | | | |
| 13 | | 5 | | | | | |
| 14 | | 6 | | | | | |
| 15 | | 10 | | | | | |
| 19 | | 11 | | | | | |
| 20 | | 12 | | | | | |
| 21 | | 13 | | | | | |
| 22 | | 17 | | | | | |
| 28 | | 18 | | | | | |
| 29 | | 19 | | | | | |
| | | 20 | | | | | |
| | | 21 | | | | | |
| | | 28 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NAME: J402   136.06

PHONE: 2772583
5586282
4099602

| | DATE | MONTH | DATE | MONTH | DATE | MONTH | DATE | MONTH |
|---|---|---|---|---|---|---|---|---|
| 2005 | 10 | Nov | 12 | Dec | | | | |
| | 11 | | 13 | | | | | |
| | 12 | | 14 | | | | | |
| | | | 15 | | | | | |
| | | | 19 | Offstatecus | | | | |
| | | | 20 | | | | | |
| | | | 21 | | | | | |
| | | | 22 | | | | | |
| | | | 23 | | | | | |
| | | | 24 | | | | | |
| | | | 26 | | | | | |
| | | | 27 | | | | | |
| | | | 28 | | | | | |
| | | | 29 | | | | | |
| | | | 30 | | | | | |
| | | | 31 | | | | | |
| | | | | | | | | |
| 2006 | 1 | Jan | 1 | Feb | | | | |
| | 2 | | 2 | | | | | |
| | 3 | | 6 | | | | | |
| | 4 | | 8 | | | | | |
| | 5 | | 8 | | | | | |
| | 6 | | 9 | | | | | |
| | 10 | | 13 | | | | | |
| | 11 | | 14 | | | | | |
| | 12 | | 15 | | | | | |
| | 16 | | | | | | | |
| | 17 | | | | | | | |
| | 18 | | | | | | | |
| | 23 | | | | | | | |
| | 24 | | | | | | | |
| | 25 | | | | | | | |
| | 26 | | | | | | | |
| | 30 | | | | | | | |
| | 31 | | | | | | | |

PX 3

# AFFIDAVIT OF MARY JETER

STATE OF ALABAMA      )
COUNTY OF MONTGOMERY )

Personally appeared affiant, MARY JETER, who being duly sworn, says:

1. This affidavit is given on the basis of the affiant having knowledge pertaining to the overtime pay owed by Montgomery County, from June 2002 through April 2006 for home detention calls made every night, five days a week, in excess of the 40 hours I worked.

2. My address is: 6016 Bolingbrook Drive, Montgomery AL 36117 and my phone number (334) 244-9715.

3. I was never told I could be paid overtime for this work, and I did not volunteer to do the work. I was not offered comp time, either, unless I covered for another employee.

4. I retained an attorney to begin negotiating for a settlement of my unpaid overtime in March 2006.  The program sent me no more referrals after my questions about overtime, and began paying me for 15 minutes of overtime for the calls that were made at night.

5. White employees Phoenix Martin and Amanda Ashurst were paid overtime when they took over my duties when I was out of town.

6. I reviewed through some records to reconstruct some of the cases for which I made Home Detention calls, and I submitted these, through my attorney, to the County Attorney. Our discussions continued through August, but the County Attorney did not act in good faith.

7. The county attorney offered a small amount to settle my claims, which indicates the Montgomery County Commission was fully aware of my claim, which in my best estimate is $59,989.50. $73,167.50 MJ

*Mary Jeter*

Mary Jeter, Affiant

STATE OF ALABAMA }
MONTGOMERY COUNTY }

Before me the undersigned, a Notary Public in and for said County and State, this day personally appeared affiant, who is known to me, and who being first duly sworn deposes and says that the matters and things alleged in the foregoing affidavit are true as therein averred.

*Mary Jeter*

Affiant

Sworn and subscribed before me this 26th day of January, 2007.

Notary Public
My commission expires 8/25/07