IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARY JETER,                     )
                                )
    Plaintiff,                  )
                                )
                                )    CIVIL ACTION NO.
    v.                          )     2:06cv1043-MHT
                                )
MONTGOMERY COUNTY,              )
                                )
    Defendant.                  )
```

## ORDER

It is ORDERED that the motion for leave to amend complaint (doc. no. 20) is set for submission, without oral argument, on February 9, 2007, with all briefs due by said date.

DONE, this the 30th day of January, 2007.

     /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE