IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARY JETER,** | ] |
| **Plaintiff,** | ] |
| | ] |
| vs. | ]   Case Number: 2:06cv1043-MHT |
| | ] |
| **MONTGOMERY COUNTY,** | ] |
| | ] |
| **Defendant.** | ] |

**DEFENDANT MONTGOMERY COUNTY'S MOTION TO STRIKE**

COMES NOW Defendant Montgomery County and moves to strike the Plaintiff's Exhibits filed in support of her Answer to Defendant's Second Motion to Dismiss filed by the Plaintiff on January 26, 2007.  Defendant shows as follows:

1. The exhibits submitted by the Plaintiff in support of her Answer to Defendant's Second Motion to Dismiss are not admissible because they refer to settlement negotiations between the parties.  Exhibit 1 consists of written correspondence between the attorneys for the parties discussing the Plaintiff's claim for overtime wages and attempts to settle this claim.  Exhibit 2 is documentation submitted by the Plaintiff's counsel to the Defendant's counsel in an attempt to settle the Plaintiff's claim.  Exhibit 3 is the Plaintiff's affidavit that refers to settlement negotiations between counsel for the parties.  These exhibits are inadmissible pursuant to Rule 408, Fed.R.Evid., and should therefore be stricken.

2. Defendant further objects to Plaintiff's attempt to incorporate materials outside the pleadings in an effort to defeat Defendant's motions to dismiss filed pursuant to Rule 12(b)(6), Fed.R.Civ.P. Defendant therefore requests that this Court strike such materials and/or not consider

such materials in ruling on the sufficiency of Plaintiff's Second Amended Complaint. See *Kalin v. Xanboo, Inc.,* Docket No. 04-cv-5931 (S.D.N.Y. Jan. 31, 2007); *Aeropower, Ltd. v. Matherly,* Docket No. 01:03-cv-889 (M.D.Ala. Jan. 18, 2007).

WHEREFORE, THE PREMISES CONSIDERED, Defendant Montgomery County respectfully requests that this Court strike Plaintiff's Exhibits submitted with her Answer to Defendant's Second Motion to Dismiss, or that the Court not consider such materials in ruling on the sufficiency of the Plaintiff's Second Amended Complaint.

s/Constance C. Walker
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for Defendant Montgomery County

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel for the Plaintiff:

Priscilla Black Duncan
P.B. Duncan & Associates, LLC
472 South Lawrence Street, Suite 204
Montgomery, Alabama 36104
(334) 264-9679
(334) 264-9643 (fax)

                                                  s/Constance C. Walker
                                                  Of Counsel