IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARY JETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv1043-MHT |
| | ) | |
| MONTGOMERY COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion to strike (doc. no. 23) is set for submission, without oral argument, on February 21, 2007, with all briefs due by said date.

DONE, this the 9th day of February, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE