IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICE OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY JETER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:06cv1043-MHT |
| vs. ) | |
| ) | |
| MONTGOMERY COUNTY YOUTH ) | |
| FACILITY and BRUCE HOWELL, ) | |
| ) | |
| Defendants. ) | |

### NOTICE TO THE CLERK OF THE CIRCUIT COURT

PLEASE TAKE NOTICE that the Defendant Montgomery County has on this date served the opposing parties the following discovery document:

1.  Notice of Deposition of Mary Jeter

Respectfully submitted this 12th day of April, 2007.

/s/ Constance C. Walker_____
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for Defendant
Montgomery County

Of Counsel:
**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
    (334) 265-8573
    fax: (334) 264-7945
    mp@hsy.com and ttg@hsy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Pricilla Black Duncan
P.B.Duncan & Associates, LLC
472 South Lawrence Street, Suite 204
Montgomery, Alabama 36104
(334) 264-9679
(334) 264-9643 (fax)

               ____/s/Constance C. Walker
               Of Counsel