## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) 2:06-cv-1043-MHT |
| MONTGOMERY COUNTY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES Now Alicia K. Haynes, and files this appearance as counsel for Plaintiff, Mary Jeter.

/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone: (205) 879-0377
Fax: (205) 879-3572
E-mail: akhaynes@haynes-haynes.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Constance C Walker
Thomas T. Gallion, III
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, AL 36104

/s/ Alicia K. Haynes
OF COUNSEL