IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARY JETER, )
)
Plaintiff, )
)
v. ) CASE NO. 2:06-cv-1043
)
MONTGOMERY COUNTY, )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Montgomery County, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable EntityRelationship to Party

6/26/2007
Date

/s/Constance C. Walker
(Signature)

Constance C. Walker (ASB-5510-L66C)
(Counsel's Name)

Montgomery County
Counsel for (print names of all parties)

Haskell Slaughter Young & Gallion, LLC
P. O. Box 4660, Montgomery, Alabama  36103-4660
Address, City, State Zip Code

334-265-8573
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___NORTHERN___ DIVISION

## CERTIFICATE OF SERVICE

I, Constance C. Walker, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 26th day of June 20 07, to:

Priscilla Black Duncan, 472 South Lawrence Street, Suite 204, Montgomery, AL 36104

Alicia K. Haynes, 1600 Woodmere Drive, Birmingham, Alabama  35226

6/26/2007                                              /s/Constance C. Walker
    Date                                                    Signature