IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICE OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARY JETER** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) **Case No.: 2:06cv1043-MHT** |
| vs. | ) |
| | ) |
| **MONTGOMERY COUNTY YOUTH** | ) |
| **FACILITY and BRUCE HOWELL,** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION TO COMPEL

COMES NOW Defendant Montgomery County Commission, pursuant to Rule 37, Fed.R.Civ.P., and moves this Court to enter an order compelling the Plaintiff to produce documents responsive to Defendant's Request for Production, and to provide Defendant with Plaintiff's Initial Disclosures pursuant to Rule 26, Fed.R.Civ.P. Defendant shows as follows:

    1.    On March 21, 2007, Defendant issued Interrogatories and Request for Production of Documents to the Plaintiff.

    2.    Plaintiff responded to the discovery; however, Plaintiff stated that documents responsive to the Request for Production of Documents were being assembled and would be forwarded when completed.  These documents have not been produced by the Plaintiff.

    3.    Pursuant to the parties' Rule 26(c) Report, the parties were also to exchange initial disclosures in this case no later than May 10, 2007.

  4. Plaintiff has not submitted her initial disclosures as required by the Court's order.

  5. The Defendant's counsel has attempted to resolve this dispute by conferring with counsel for the Plaintiff by telephone. Defendant has been unable to confer personally with Plaintiff's counsel who is handling this matter, Alicia Haynes. Plaintiff's deposition is scheduled for July 12, 2007, and Defendant is in need of the outstanding discovery and initial disclosures before the deposition can take place.

  WHEREFORE, THE PREMISES CONSIDERED, Defendant moves this Court to enter an order compelling Plaintiff to provide the requested discovery and initial disclosures. Defendant further requests any other relief to which it may be entitled.

   /s/Constance C. Walker
  Thomas T. Gallion, III (ASB-5295-L74T)
  Constance C. Walker (ASB-5510-L66C)
  Christopher K. Whitehead (ASB-9762-A45C)
  Attorneys for the Defendant

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

**OF COUNSEL:**

**THOMAS MEANS GILLIS & SEAY, P.C.**
Post Office Drawer 5058
Montgomery, Alabama  36103-5058
(334) 270-1033
(334) 260-9396  Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

Priscilla Black Duncan
PB Duncan & Associates, LLC
472 South Lawrence Street
Suite 204
Montgomery, Alabama  36104

Alicia K. Haynes
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, Alabama  35226

                                            s/ Constance C. Walker _____
                                            OF COUNSEL

26690