IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY JETER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-cv-1043-MHT-TFM |
| | ) | |
| MONTGOMERY COUNTY YOUTH | ) | |
| FACILITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon of review of Defendant Montgomery County Commission's *Motion to Compel* (Doc. 33, filed July 2, 2007), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or before **July 9, 2007**.

DONE this 2nd day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE