IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) 2:06-cv-1043-MHT |
| MONTGOMERY COUNTY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO COMPEL**

COMES NOW, the plaintiff, Mary Jeter, and pursuant to this court's order to show cause why a motion to compel filed by Montgomery County Commission should not be granted and files this response.

1. Plaintiff did, in fact, receive the discovery from the defendant and answered said discovery, but also informed Defendant's attorney that her client was experiencing health problems that prevented her from traveling to Birmingham and would be delayed in getting disclosures and documents based on this unexpected health issue. (See Exhibit 1).

2. Due to the inability of Plaintiff to travel, Plaintiff's counsel traveled from Birmingham to Montgomery and met briefly with Plaintiff on June 1, 2007.

Thereafter, Plaintiff's counsel was out of the country on prearranged vacation for two weeks and returned to her office on July 5, 2007.

3.  Counsel has now forwarded to the defendant on Friday, July 6, 2007, all disclosures and requests for production by e-mail and U.S. Mail. (See Exhibit 2). Plaintiff is no longer deficient in her responses to the defendant.

WHEREFORE, THESE PREMISES CONSIDERED, Plaintiff moves this Honorable Court to moot the Defendant's motion to compel.

          Respectfully submitted,

          /s/ Alicia K. Haynes
          Alicia K. Haynes
          State Bar No: 8327-E23A

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
(205) 879-0377

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above and foregoing has been served upon the following, by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid on this the 9th day of July, 2007.

Constance C. Walker
Thomas T. Gallion, III
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, AL 36104

                                          /s/ Alicia K. Haynes
                                          OF COUNSEL

## Alicia Haynes

**From:** Alicia Haynes [akhaynes@haynes-haynes.com]
**Sent:** Thursday, May 24, 2007 9:49 AM
**To:** Constance C. Walker (ccw@hsy.com)
**Cc:** 'helzphar@mindspring.com'; 'jenny connell'
**Subject:** Jeter v. Montgomery County

Constance, I left a message for you today, that I am not ignoring your letter on disclosures, but that our client has had some health problems that has prevented her from traveling to Birmingham. I am hopeful next week after the holiday we will be able to meet with her and get disclosures to you. I would appreciate your anticipated cooperation as we deal with the unexpected health issue. Thanks. Alicia

*Alicia K. Haynes*

Alicia K. Haynes
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, AL 35226
Phone: (205) 879-0377
Fax: (205) 879-3572
E-mail: akhaynes@haynes-haynes.com
Web: www.haynes-haynes.com

PLEASE NOTE:

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



7/5/2007

# Jenny Connell

| | |
|---|---|
| **From:** | jenny connell [jlconnell@haynes-haynes.com] |
| **Sent:** | Friday, July 06, 2007 5:33 PM |
| **To:** | 'ccw@hsy.com' |
| **Cc:** | 'helzphar@mindspring.com'; 'Alicia Haynes' |
| **Subject:** | Jeter v. Montgomery County |
| **Attachments:** | Plaintiff's Supplemental Answers to Interrogatories and Requests for Production.pdf; Plaintiff's Initial Disclosures.pdf |

*Jenny Connell*, Paralegal
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, AL 35226
Phone: (205) 879-0377
Facsimile: (205) 879-3572
E-mail: jlconnell@haynes-haynes.com
Website: www.haynes-haynes.com

PLEASE NOTE:

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT 2

7/9/2007