IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY JETER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-cv-1043-MHT-TFM |
| | ) | |
| MONTGOMERY COUNTY YOUTH FACILITY, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon of review of Defendant Montgomery County Commission's *Motion to Compel* (Doc. 33, filed July 2, 2007) and *Plaintiff's Response to Defendant's Motion to Compel* (Doc. 35, filed July 9, 2007), it is

**ORDERED** that the *Motion to Compel* (Doc. 33) is **DENIED as moot**.

DONE this 10th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE