IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, | ) |
| Plaintiff, | ) |
| v. | ) 2:06cv1043-MHT |
| | ) ~~CV-2006-675-MHT~~ |
| MONTGOMERY COUNTY | ) |
| Defendant. | ) |

*[Filed stamp: 2007 SEP -7 P 3:46, DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT, ALA]*

### MOTION FOR PERMISSIVE WITHDRAWAL

COMES NOW, Priscilla Black Duncan and Alicia K. Haynes, attorneys for the attorneys for the Plaintiff, and request that this Honorable Court permit them to withdraw from representation, for the following reasons.

1. Plaintiff has expressed dissatisfaction with her legal representation and has failed to heed advice and instruction.

2. Plaintiff has been noticed previously that her cooperation would be essential in pursuit of a successful outcome. She has failed to exercise reasonable judgment and indicates her wish to pursue this matter with new counsel.

3. Plaintiff has been advised to collect her case file from attorney Priscilla Black Duncan.

4. Discovery cutoff in this case ends December 05, 2007 and trial is scheduled March 31, 2008, allowing new counsel to adequately represent the Plaintiff.

5. Counsel cite Rule 1.16 (b) (3,4,5) of the Alabama State Bar Rules of Professional Conduct as reasons justifying this motion.



SCANNED

WHEREFORE, Attorney Priscilla Black Duncan and Alicia K. Haynes request to withdraw from representation of the Plaintiff.

Respectfully submitted,

Priscilla Black Duncan (ASB-4706-D65P)

P.B. Duncan & Associates, LLC
472 S. Lawrence, Suite 204
Montgomery AL 36104
(334) 264-9679
(334) 264-9643 FAX
helzphar@mindspring.com

Alicia K. Haynes
Haynes & Haynes
1600 Woodmere Drive
Birmingham AL 325226
akhaynes@haynes-haynes.com

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document upon the Plaintiff and Counsel for all parties by placing a copy of same in the United States Mail, postage prepaid, or by the Court's electronic filing system to Defendant, this the 7th day of September, 2007.

/s/ Priscilla Black Duncan
OF COUNSEL

Mary Jeter
6016 Bolingbrook Drive
Montgomery AL 36117

Constance Walker
ccw@hsy.com

Thomas Gallion
ttg@hsy.com

Christopher Whitehead
Thomas, Means & Gillis
P.O. Drawer 5058
Montgomery AL 35103-5058