IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARY JETER,                    )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:06cv1043-MHT
                               )
MONTGOMERY COUNTY,             )
                               )
    Defendant.                 )
```

# ORDER

It is ORDERED as follows:

(1) The motion for permissive withdrawal (Doc. No. 41) is granted.

(2) Plaintiff is allowed until September 28, 2007, to obtain new counsel. If plaintiff does not obtain new counsel by said date, the court will assume that plaintiff is representing herself.

DONE, this the 14th day of September, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE