RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MARY JETER, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06cv1043-MHT |
| MONTGOMERY COUNTY | ) |
| Defendant | ) |

RESPONSE TO ORDER DATED THE 3RD DAY OF OCTOBER, 2007

Please accept this as notice that I, Mary Jeter, continue to seek and retain legal counsel in the above styled case. I do, in fact, need additional time to secure adequate counsel. Please advise me who needs to receive a copy of this letter so that a reasonable amount of time can be allotted to retain new counsel.

Respectfully submitted, this the 4th day of October, 2007.

_Mary Jeter_
Mary Jeter, Plaintiff

6016 Bolingbrook Dr
Montgomery AL 36117
Office 334-261-4100 ex 102

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

**CERTIFICATE OF SERVICE**

I, _Mary Jeter_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _Mary Jeter US Mail_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _5th_ day of _October_ 20_07_, to:

Constance Walker ccw@hsy.com
Thomas Gallion ttg@hsy.com
Christopher Whitehead
Thomas Means + Gillis
P.O. Drawer 5058 Montgomery Al 35103-5058

October 5, 2007                    _Mary Jeter_
Date                                Signature