IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY JETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv1043-MHT |
| | ) | |
| MONTGOMERY COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Having permitted Plaintiff thirty additional days to retain counsel in this matter (*see Order*, Doc. #45, entered October 10, 2007) , the Court now informs the parties of its intent to continue this litigation in accordance with the current *Scheduling Order* (Doc. #11, entered December 19, 2006).

Accordingly, the parties are reminded of the following deadlines and dates:

1) November 22, 2007 is the deadline for dispositive motions;

2) November 27, 2007 is the deadline for a mediation notice;

3) December 5, 2007 is the deadline for discovery;

4) December 13, 2007 is the deadline for the parties to conduct a settlement conference;

5) February 20, 2008 is the date this matter is set for prertrial hearing; and

6) March 31, 2008 is the date this matter is set for trial.

Done this 13th day of November, 2007.

                /s/Terry F. Moorer
                TERRY F. MOORER
                UNITED STATES MAGISTRATE JUDGE