IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2;06cv043-MHT |
| | ) |
| MONTGOMERY COUNTY, | ) |
| | ) |
| Defendant. | ) |

RESPONSE TO ORDER

Comes now Mary Jeter, Plaintiff in this action, and makes known to this Honorable Court the following:

1. The Plaintiff previously petitioned this Court for an extension to seek and obtain legal counsel.

2. This Honorable Court granted the Plaintiff an extension to obtain counsel to represent her in this action.

3. However, as of this date, the Plaintiff has not been able to secure the services of legal counsel at this juncture.

4. Therefore, the Plaintiff will proceed pro se in this cause.

5. However, the Plaintiff makes known that she has talked to Attorney Fred F. Bell, a practicing attorney in Montgomery, and he states that after he has had ample opportunity to review the file and research the issues in this cause, and after having do, he determines that the case has merits and would likely survive summary judgment, he would be willing—with the Court's permission, of course—to make

an appearance on behalf of the Plaintiff. But at this juncture, he is reluctant to make an appearance because he feels there may exists scheduling conflicts, and he does not want to petition this Court for any more continuances on the Plaintiff's behalf.

Respectfully submitted

*/s/ Mary Jeter*

MARY JETER, Pro Se
Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that I have this 13TH day of November 2007, filed a copy of this document with the Clerk of the Court, who will perfect service upon the parties using the CM/ECF SYSTEM.

*/s/ Mary Jeter*

Mary Jeter

ADDRESS
6016 Bolingbrook Drive
Montgomery, 36117
(334) 244-9715