IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARY JETER** § | |
| § | |
| Plaintiff, § | |
| vs. § | Case No.: 2:06cv1043-MHT |
| § | |
| **MONTGOMERY COUNTY YOUTH** § | |
| **FACILITY and BRUCE HOWELL,** § | |
| § | |
| Defendants. § | |

## MOTION TO WITHDRAW

Christopher K. Whitehead hereby moves this Court to enter an Order allowing him to withdraw as counsel on behalf of the Defendant in the above entitled action. As grounds for this motion, counsel would offer that he will no longer be employed with the firm of Thomas, Means, Gillis, and Seay. P.C. after November 26, 2007. The Defendant will continue to be represented by other members of the firm.

Respectfully submitted this the 19th day of November, 2007.


/s Christopher K. Whitehead
CHRISTOPHER K. WHITEHEAD (WHI105)


**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
**3121 Zelda Court**
**P.O. Drawer 5058**
**Montgomery, Alabama  36106**
**(334) 270-1033**
**(334) 260-9396 (fax)**

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by E-File and by placing a copy in the United States mail, postage prepaid and properly addressed this the 19th day of November, 2007.

Priscilla Black Duncan
**P.B. Duncan & Associates, LLC**
472 S. Lawrence Street
Suite 204
Montgomery, AL. 36104

Alicia K. Haynes
**Haynes & Haynes**
1600 Woodmere Drive
Birmingham, AL. 32526

Constance C. Walker
Tommie Gallion
**Haskell Slaughter Young & Gallion, LLC**
305 South Lawrence Street
Montgomery, AL. 36104

Mary Jeter
6016 Bolingbrook Drive
Montgomery, AL. 36117

/s Christopher K. Whitehead
**OF COUNSEL**