IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARY JETER,** | } |
| | } |
|     **Plaintiff,** | } |
| | } |
| v. | }    CASE NO. 2:06cv1043-MHT |
| | } |
| **MONTGOMERY COUNTY YOUTH** | } |
| **FACILITY and BRUCE HOWELL,** | } |
| | } |
|     **Defendants.** | } |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Montgomery County, pursuant to Rule 56, Fed.R.Civ.P., and moves this Court to enter judgment in its favor as a matter of law as to all counts in the Plaintiff's Complaint, as amended. As grounds for this motion, Defendant shows as follows:

1.   There is no genuine issue of material fact and the Defendant is entitled to judgment as a matter of law with respect to Plaintiff's claim for overtime wages brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 207, because Plaintiff cannot produce substantial evidence in support of her claim.

2.   There is no genuine issue of material fact and the Defendant is entitled to judgment as a matter of law with respect to Plaintiff's racial discrimination claim based on violation of the equal protection clause of the Fourteenth Amendment because Plaintiff cannot produce substantial evidence in support of this claim against the Defendant.

3.   There is no genuine issue of material fact and the Defendant is entitled to judgment as a matter of law with respect to Plaintiff's claim for retaliation under the Fair

Labor Standards Act, 29 U.S.C. § 215, because Plaintiff cannot produce substantial evidence in support of her claim.

    4. In support of this motion, Defendant submits a Memorandum Brief in support thereof and Defendant's Evidentiary Materials in Support of Motion for Summary Judgment that are being filed herewith.

           /s/Constance C. Walker
          Thomas T. Gallion (ASB-5295L74T)
          Constance C. Walker (ASB-5510-L66C)
          Tyrone C. Means (ASB-760-S80T)
          Christopher K. Whitehead (ASB-9762-A45C)
          Counsel for Defendant Montgomery County

**OF COUNSEL**

**HASKELL SLAUGHTER YOUNG & GALLION**
Post Office Box 4660
Montgomery Alabama 36103-4660
Telephone: (334) 265-8573
Facsimile: (334) 264-7945

**OF COUNSEL:**

**THOMAS MEANS GILLIS & SEAY, PC**
Post Office Drawer 5058
Montgomery, Alabama 36103-5058
(334) 270-1033
(334) 260-9396 Fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on those listed below by placing a copy of same in the United States mail, postage prepaid and properly addressed on this the 20th day of November, 2007.

Ms. Mary W. Jeter
6016 Bolingbrook Drive
Montgomery, Alabama  36117

                                                   /s/Constance C. Walker
                                                   OF COUNSEL

29307