IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY JETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv1043-MHT |
| | ) | |
| MONTGOMERY COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Upon consideration of the *Motion to Withdraw* (Doc. #48, entered November 20, 2007), and for good cause shown, it is hereby

**ORDERED** that Christopher K. Whitehead is permitted to withdraw from his representation of Defendants in this case.

Done this 26th day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE