IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv1043-MHT |
| | ) |
| MONTGOMERY COUNTY, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of Defendant's *Motion For Summary Judgment* (Doc. #49, filed November 21, 2007), and *Brief in Support* thereof (Doc. #50, filed November 22, 2007), it is hereby

**ORDERED** that the **PLAINTIFF file a response to show any cause why Defendant's *Motion* should not be granted, in whole or in part, by December 26, 2007.**

Done this 26th day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE