IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv1043-MHT |
| | ) |
| MONTGOMERY COUNTY, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of Defendant's *Motion to Substitute Affidavit* and attachments (Doc. #54, filed November 26, 2007), and for good cause shown, it is hereby

**ORDERED** that the **corrected affidavit be substituted** as Attachment No. 14 to Defendant's *Evidentiary Submission in Support of Motion for Summary Judgment* (Doc. #52).

Done this 27th day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE