IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARY JETER** § | |
| § | |
| Plaintiff, § | |
| vs. § | **Case No.: 2:06cv1043-MHT** |
| § | |
| **MONTGOMERY COUNTY YOUTH** § | |
| **FACILITY and BRUCE HOWELL,** § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE

Please take notice that Ramadanah M. Salaam-Jones of the law firm **THOMAS, MEANS, GILLIS & SEAY, P.C.** files her Notice of Appearance as Counsel for the Defendants in the above action. Counsel respectfully requests that any and all matters pertaining to the Defendants be brought to her attention.

Respectfully submitted this the 17th day of December, 2007.

/s/ Ramadanah M. Salaam-Jones
**RAMADANAH M. SALAAM-JONES (SAL026)**

**OF COUNSEL:**

**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Road
P. O. Drawer 5058
Montgomery, Alabama 36106
(334) 270-1033
(334) 260-9396 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by electronically filing this document with the Clerk of the Court using the CM/ECF system or by depositing a copy of the document in the United States Postal Service on this the 17th December, 2007.

Priscilla Black Duncan
**P.B. Duncan & Associates, LLC**
472 S. Lawrence Street
Suite 204
Montgomery, AL. 36104

Alicia K. Haynes
**Haynes & Haynes**
1600 Woodmere Drive
Birmingham, AL. 32526

Constance C. Walker
Tommie Gallion
**Haskell Slaughter Young & Gallion, LLC**
305 South Lawrence Street
Montgomery, AL. 36104

Mary Jeter
6016 Bolingbrook Drive
Montgomery, AL. 36117

                                                /s/ Ramadanah M. Salaam-Jones
                                                **OF COUNSEL**