IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARY JETER,            )
                       )
    Plaintiff,         )
                       )
vs.                    )   CIVIL ACTION NO. 2;06cv043-MHT
                       )
                       )   2:06cv1043-MHT
MONTGOMERY COUNTY,     )
                       )
    Defendant.         )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Mary Jeter, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and manager, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**This party is an individual.** And there are no entities to be reported.

December 24, 2007.

                        Respectfully submitted

                        /s/Mary Jeter
                        MARY JETER, Pro Se
                        Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this 24TH day of December 2007, filed a copy of this document with the Clerk of the Court, who will perfect service upon the parties using the CM/ECF SYSTEM.

                        /s/ Mary Jeter
                        Mary Jeter

ADDRESS
6016 Bolingbrook Drive
Montgomery, 36117
(334) 244-9715

SCANNED