IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 DEC 24  P 1: 32

| | |
|---|---|
| MARY JETER, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv043-MHT |
| | ) 2:06CV1043-MHT |
| MONTGOMERY COUNTY, | ) |
| Defendant. | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The plaintiff and the defendant have met face-to-face and discussed settlement, they cannot reach a settlement. The parties do not believe mediation will assist them in resolving this case short of trial.

December 24, 2007.

Respectfully submitted

/s/Mary Jeter
MARY JETER, Pro Se
Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that I have this 24TH day of December 2007, filed a copy of this document with the Clerk of the Court, who will perfect service upon the parties using the CM/ECF SYSTEM.

/s/ Mary Jeter
Mary Jeter

ADDRESS
6016 Bolingbrook Drive
Montgomery, 36117
(334) 244-9715

SCANNED