IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv1043-MHT |
| | ) |
| MONTGOMERY COUNTY, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Upon consideration of Plaintiff's failure to respond to this court's Order (Doc. #53, entered November 26, 2007) for her to show cause why Defendant's *Motion For Summary Judgment* (Doc. #49, entered November 21, 2007), should not be granted, it is hereby

**ORDERED** that the court will consider the motion fully submitted as of **January 14, 2008, and will not consider any response in opposition from Plaintiff filed after said date.**

Done this 4th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE