**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MARY JETER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 2:06cv1043-M** |
| | ) | |
| **COUNTY OF MONTGOMERY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S BRIEF
AND DECLARATION SUBMITTED IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant Montgomery County, by and through counsel of record, and respectfully requests that this Court grant it leave to submit a reply to Plaintiff's Brief and Declaration submitted in Opposition to Defendant's Motion for Summary Judgment. As grounds, Defendant shows unto the Court as follows:

1.     On November 21, 2007, Defendant Montgomery County filed a Motion for Summary Judgment and moved this Court to enter judgment as a matter of law in its favor with respect to all claims in the Plaintiff's Complaint

2.     On November 26, 2007, this Court directed the Plaintiff to file a response to the motion by December 26, 2007. Plaintiff did not file any response, and did not request an extension from the Court.

3.     On January 4, 2008, this Court entered an order stating that it would not consider any evidence in opposition to the Motion for Summary Judgment unless it was filed by January 14, 2008.

4.     On January 14, 2008, Plaintiff filed a Brief and Declaration in opposition to the Motion for Summary Judgment.

1

5.      Defendant respectfully requests that this Court grant Defendant leave to file a reply to Plaintiff's Brief and Declaration submitted in opposition to Defendant's Motion for Summary Judgment.

6.      Defendant further submits that granting leave to the Defendant to submit a reply will not prejudice the Plaintiff.

WHEREFORE, THE PREMISES CONSIDERED, Defendant respectfully requests that this Court grant it leave to file a reply to the Plaintiff's Brief and Declaration submitted in Opposition to Motion for Summary Judgment.  Defendant further requests any other relief to which it may be entitled.

　　　/s/*Constance C. Walker*
Thomas T. Gallion (ASB-5295L74T)
Constance C. Walker (ASB-5510-L66C)
Tyrone C. Means (ASB-8760-S80T)
Ramadanah S. Jones (ASB-9751-M61S)
Counsel for Defendant Montgomery County


**OF COUNSEL**

**HASKELL SLAUGHTER YOUNG & GALLION**
305 South Lawrence Street
Montgomery Alabama 36104
Telephone: (334) 265-8573
Facsimile:  (334) 264-7945 Fax


**OF COUNSEL:**

**THOMAS MEANS GILLIS & SEAY, PC**
Post Office Drawer 5058
Montgomery, Alabama  36103-5058
(334) 270-1033
(334) 260-9396 Fax

**CERTIFICATE OF SERVICE**

2

I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the 16th day of January, 2008, addressed as follows:

Mary Whittle Jeter
6016 Bolingbrook Drive
Montgomery, Alabama  36117

_____/s/*Constance C. Walker*
OF COUNSEL