IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 2:06cv1043-M |
| | ) |
| COUNTY OF MONTGOMERY, | ) |
| | ) |
|     Defendant. | ) |

**DEFENDANT MONTGOMERY COUNTY'S MOTION TO STRIKE AND/OR REQUEST THAT COURT DISREGARD CERTAIN INADMISSIBLE EVIDENCE**

COMES NOW Defendant Montgomery County and moves to strike certain portions of the Plaintiff's Declaration submitted in opposition to Defendant's Motion for Summary Judgment, or in the alternative, requests that the Court disregard such evidence. Defendant shows as follows:

1.  In her Declaration submitted in opposition to Defendant's Motion for Summary Judgment, Plaintiff refers to settlement negotiations between the parties prior to Plaintiff filing this lawsuit. (Doc. # 62, p.2). These statements are inadmissible pursuant to Rule 408, Fed.R.Evid., and should therefore be stricken, or not considered by the Court when ruling on Defendant's Motion for Summary Judgment.

2.  Defendant further objects to statements in Plaintiff's Declaration regarding statements made by Juvenile Court Judge Patricia Warner. (Doc. #62, pp. 2-3) These statements are inadmissible hearsay and are not appropriate evidence for consideration when ruling on Defendant's Motion for Summary Judgment. *See Givhan v. Electronic Engineers, Inc.,* 4 F.Supp.2d 1331, 1332 (M.D.Ala. 1998) (in determining admissible evidence for deciding a motion for summary judgment the court may only consider evidence that would be admissible at trial).

1

WHEREFORE, THE PREMISES CONSIDERED, Defendant Montgomery County respectfully requests that this Court strike the above evidence, or in the alternative not consider this evidence when ruling on Defendant's Motion for Summary Judgment.

    /s/*Constance C. Walker*
Thomas T. Gallion (ASB-5295L74T)
Constance C. Walker (ASB-5510-L66C)
Tyrone C. Means (ASB-8760-S80T)
Ramadanah S. Jones (ASB-9751-M61S)
Counsel for Defendant Montgomery County

**OF COUNSEL**

**HASKELL SLAUGHTER YOUNG & GALLION**
305 South Lawrence Street
Montgomery Alabama 36104
Telephone: (334) 265-8573
Facsimile:  (334) 264-7945 Fax

**OF COUNSEL:**

**THOMAS MEANS GILLIS & SEAY, PC**
Post Office Drawer 5058
Montgomery, Alabama  36103-5058
(334) 270-1033
(334) 260-9396 Fax

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the 16th day of January, 2008, addressed as follows:

Mary Whittle Jeter
6016 Bolingbrook Drive
Montgomery, Alabama  36117

           /s/*Constance C. Walker*
          OF COUNSEL

30387