IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv1043-MHT |
| | ) |
| MONTGOMERY COUNTY, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of Defendant's *Motion for Leave to File Reply to Plaintiff's Brief . . . In Opposition to Defendant's Motion for Summary Judgment* (Doc. #63, entered January 16, 2008), it is hereby

**ORDERED** that the *Motion* is **GRANTED**, and Defendant may filed its reply on or before **January 31, 2008. The Court will consider the *Motion for Summary Judgment* fully submitted on that date.**

Done this 17th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE