IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv1043-MHT |
| ) | |
| MONTGOMERY COUNTY, ) | |
| ) | |
|     Defendant. ) | |

ORDER

By order entered on January 18, 2008 (Doc. No. 66), this case was set for pretrial conference on February 20, 2008, at 9:15 a.m. In said order, the court also required that "ANY PRO SE LITIGANTS and ALL LEAD ATTORNEYS must appear" and that "The parties are DIRECTED to prepare JOINTLY a proposed pretrial order." Plaintiff Mary Jeter, who is pro se, failed to appear on February 20 and failed to comply with all other provisions in the January 18 order.

Accordingly, it is ORDERED that plaintiff Mary Jeter show cause, if any there be, in writing by March 6, 2008,

as to (1) why this lawsuit should not be dismissed because she no longer wants to pursue it and (2) why she should not be held in civil contempt and sanctioned for failing to comply with the requirements set forth in the court's order of January 18, 2008 (Doc. No. 66).

DONE, this the 22nd day of February, 2008.


                                          /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**