| R: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| lete items 1, 2, and 3. Also complete if Restricted Delivery is desired. your name and address on the reverse it we can return the card to you. n this card to the back of the mailpiece, the front if space permits. | A. Signature X _[signature]_ ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) M Jeter    C. Date of Delivery |
| Addressed to: | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No |
| Mary Jeter<br>6016 Bolingbrook Drive<br>Montgomery, AL 36117<br><br>06cv1043 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| lumber from service label) | 7007 2680 0003 1841 6520 |
| 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |