**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **MARY JETER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv1043-M |
| ) | |
| **COUNTY OF MONTGOMERY,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANTS' REQUESTED JURY VOIR DIRE

**COMES NOW** the Defendant Montgomery County Commission in the above styled matter and requests this Honorable Court to pose the following questions to the jury panel:

1. Please tell us:

    a. your name,

    b. what you do for a living,

    c. what your position is and where you work (if you are presently retired, tell us the position and place from which you retired).

    d. tell us the same information for your husband or wife.

2. Have you ever held a supervisory or managerial position? Explain.

3. Has anyone ever worked for a law firm?

4. Have any of you been a member of the military? If so, please give the following information:

    a. How long did you serve?

-1-

        b.       What was your rank?

        c.       What was your job?

        d.       Is there anyone whose spouse has or had a military career?

5.       Do you have any children? If so, please tell us how many and give us their age and sex.

6.       What is your religious background? Do any of you have any moral or religious reason why you feel you should not sit as a juror?

7.       Is there anyone who is a minister? Explain.

8.       Is there anyone whose career is religious in nature? Explain.

9.       Have you or any close member of your family ever worked for any medical or mental health hospital/institution? (This includes, mental hospitals, counseling facilities [inpatient or outpatient]).

        If yes, please give:

        a.       Person's relationship to you

        b.       Name of hospital/institution

        c.       Nature of job

        d.       Dates of employment

10.      Do you have any medical or mental health training? Please describe your training and experience.

11.      This is a case in which the Plaintiff claims that she was not paid overtime wages, that she was retaliated against by her employer when she complained about not receiving overtime

wages, and that her employer discriminated against her based on her race because other white employees who performed the same job were in fact paid overtime for performing the same duties. Are any of you familiar with the facts of this dispute? How?

12. Is there anyone who is related to Mary Whittle Jeter, by blood or by marriage?

13. Specifically is anyone related to the following individuals:

    a. Mary Jeter's sisters: Ellen Moore; Alma Whittle

    b. Mary Jeter's son: Curtis Gerard Whittle

    c. Mary Jeter's brother-in-law: Clarence Moore

    d. Mary Jeter's sister-in-law: Ulania Whittle

    e. Mary Jeter's brother: Dan C. Whittle

    f. Mary Jeter's nephew: Daniel C. Whittle

14. Have you ever had any business, employment, contractual, or personal relationship of any kind with Mary Whittle Jeter or any family members of Mary Whittle Jeter?

15. Is there anyone who is a neighbor, church member, or past schoolmate of Mary Whittle Jeter or any member of her family?

16. Have any of you or any member of your family ever felt you were discriminated against because of your race?

17. Have you or any member of your family ever felt you had been retaliated against by an employer after making a complaint about working conditions or wages?

18. Have you or any member of your family ever been denied wages or compensation or overtime wages by your employer?

19. Have any of you ever filed a complaint/grievance related to racial discrimination,

wages, including overtime wages, or retaliation by your employer?  What was the nature of the complaint/grievance?  Do you know of anyone who has filed a complaint/grievance?

20. Are there any of you who could not give a verdict in favor of Montgomery County, even if the Plaintiff fails to meet her burden of proof, as explained to you by the Court?

21. Have any of you or any close member of your family ever filed a claim against Montgomery County, the Montgomery County Commission, Montgomery County Sheriff's Department, or the Montgomery County Youth Facility?

22. How many of you would say that you tend to "root" for the underdog?

23. Have any of you or any close member of your family ever been detained or been to the Montgomery County Youth Facility?

24. Have any of you or any member of your family been employed as a probation officer or parole officer?

25. Are any of you familiar with the Youth Court or Teen Court program at the Montgomery County Youth Facility?

26. Are any of you familiar with the Home Detention Program at the Montgomery County Youth Facility?

27. Is there anyone who is related to or a friend or associate of the following witnesses expected to testify in this case:

    a. Bruce Howell

    b. Barbara Montoya

    c. Michael Provitt

    d. Teresa Allen

  e. Steve Wooten

  f. Phoenix Martin

  g. Betty Ingram

  h. Lynn Peavey

  i. Beverly Wise

  j. Dr. James Buford

  k. Carolyn Abbott

  l. Sue Thompson

  m. Melinda McGarvey

  n. Patrice Strickland

  o. Jennie Tapley

  p. Todd Strange

  q. Elton N. Dean, Sr.

  r. Dimitri Polizos

  s. Jiles Williams, Jr.

  t. Reed Ingram, Jr.

  u. Bob Bailey

  v. Judge John L. Capell, III

  w. Leigh Smith

  x. Lee Baugh

  y. Charles Glasscock

  z. Tyrone Anderson

        aa.    David Beverly

        bb.    Carlton Robinson

28.    Do all of you understand that this is a civil action for money (award) and not a criminal case?

29.    Is there anyone of you here who feels that he or she cannot be governed by the burden of proof in this case, that is a requirement that you be reasonably satisfied by a preponderance of the evidence before you can return a verdict against the Defendant Montgomery County Commission?

30.    Have any of you, or any member of your family ever studied law or had any legal training?

31.    Do you have any medical training? If so, please explain.

32.    Do any of you know of any reason why you could not render a fair and impartial verdict in this case after hearing and considering all of the evidence presented and by hearing the oral instructions by the Court of law?

33.    Do any of you know of any reason whatsoever which would in any manner keep you from fairly and impartially sitting as a juror if you are selected in this case?

34.    Does any member of this jury venire have a defect or disability that would make it difficult for them to follow the testimony, including the exhibits?

35.    Do any of you know any other members of the jury venire? If so,

        a.    How do you know them?

        b.    How long have you known them?

        c.    What is the nature of your relationship with them?

36. Do any of you have any medical or personal problems that would make it difficult for you to be comfortable and to concentrate on the facts to be presented in this case?

37. What do you believe is the most pressing problem in America today, and what would you do about it?

38. Is there anything in your heart that you haven't told us about that is important or may influence jury selection in this case?

/s/*Constance C. Walker*
Constance C. Walker (ASB-5510-L66C)
Thomas T. Gallion, III (ASB-5295-L74T)
Tyrone C. Means (ASB 8760-S80T)
Ramadanah M. Salaam-Jones (ASB-9751-M61S)
Attorneys for the Defendants Montgomery County

**OF COUNSEL:**

**HASKELL, SLAUGHTER, YOUNG & GALLION, L.L.C.**
Post Office Box 4660
305 South Lawrence Street
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 (fax)

**OF COUNSEL:**

**THOMAS, MEANS, GILLIS, & SEAY, P.C.**
3121 Zelda Court
P.O. Drawer 5058
Montgomery, Alabama 36103-5058
(334) 270-1033
(334) 260-9396 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the _____ day of _____ addressed as follows:

Mary W. Jeter
6016 Bolingbrook Drive
Montgomery, Alabama 36117

                                                               /s/ *Constance C. Walker*
                                                               OF COUNSEL

31968
50051-570