IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARY JETER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv1043-MHT |
| ) | |
| MONTGOMERY COUNTY, ) | |
| ) | |
|    Defendant. ) | |

## ORDER

It is ORDERED that the jury selection and trial of this case are continued to June 23, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 20th day of March, 2008.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE