IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARY JETER,             ) | |
| )                        | |
| Plaintiff,           )   | |
| )                        | CIVIL ACTION NO. |
| v.                    )  | 2:06cv1043-MHT |
| )                        | |
| MONTGOMERY COUNTY,    )  | |
| )                        | |
| Defendant.           )   | |

### ORDER

It is ORDERED that the request for continuance (Doc. No. 77) is denied.

DONE, this the 26th day of March, 2008.

                /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**