IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARY JETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv1043-MHT |
| | ) | |
| MONTGOMERY COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the court's show-cause order (Doc. No. 70) is vacated.

DONE, this the 22nd day of April, 2008.

  /s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**