IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARY JETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv1043-MHT |
| | ) | |
| MONTGOMERY COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Based upon the magistrate judge's recommendation (doc. no. 68) and after an independent and de novo review of the record, it is ORDERED that the motion to strike and alternative request to disregard (doc. no. 64) are denied.

DONE, this the 22nd day of April, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE