IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MARY JETER,                    )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )        2:06cv1043-MHT
                               )            (WO)
MONTGOMERY COUNTY,             )
                               )
        Defendant.             )

OPINION

Plaintiff filed this lawsuit asserting overtime and
retaliation claims under the Fair Labor Standards Act of
1938 (FLSA), as amended, 29 U.S.C. §§201-219, and a race-
discrimination claim under the equal protection clause of
the Fourteenth Amendment as enforced through 42 U.S.C.
§ 1983. This lawsuit is now before the court on the
recommendation of the United States Magistrate Judge that
defendant's motion for summary judgment should be
granted.   Also before the court are plaintiff's
objections to the recommendation. After an independent
and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

No reasonable factfinder could find in favor of plaintiff on her claims. Plaintiff's conclusory allegations cannot survive the documentory evidence in this case; plaintiff has not presented evidence that can explain away the documentary evidence. Indeed, in her objections to the magistrate judge's recommendation, plaintiff does not take issue with the recommendation's factual and legal conclusions but rather complains about how her former attorney treated her.

An appropriate judgment will be entered.

DONE, this the 22nd day of April, 2008.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE