IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARY JETER,                    )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )    2:06cv1043-MHT
                               )         (WO)
MONTGOMERY COUNTY,             )
                               )
    Defendant.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 69) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 68) is adopted.

(3) Defendant's motion for summary judgment (Doc. No. 49) is granted.

(4) Judgment is entered in favor of defendant and

against plaintiff, with plaintiff taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of April, 2008.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE