**IN THE UNITED STATES DISTRICT COURT FOR THE**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MARY JETER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:06cv1043-M** |
| | ) | |
| **COUNTY OF MONTGOMERY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**MOTION FOR BILL OF COSTS**</u>

**COME NOW** the lawfirm of Haskell Slaughter Young & Gallion, LLC, and the lawfirm of Thomas Means Gillis & Seay, P.C., by and through the undersigned counsel, and respectfully move this Court to enter an order approving the attached Bills of Costs. In support, the undersigned show as follows:

1.     On November 21, 2007 a motion for summary judgment was filed on behalf of Defendant Montgomery County. The Court granted this motion on April 22, 2008, and this order was made final on April 22, 2008.

2.     Pursuant to 28 U.S.C. § 1920, Defendant Montgomery County is entitled to reimbursement of the costs expended in this action.

3.     Attached hereto as Exhibit A is Defendant's Bills of Costs, with supporting documentation, that reflects a total of $3,805.67 in costs that were expended in this action on behalf of Defendant by the lawfirm of Haskell Slaughter Young & Gallion. Attached hereto as Exhibit B is Defendant's Bill of Costs, with supporting documentation that reflects a total of $391.91 in costs

1

that were expended in this action on behalf of the Defendant by the lawfirm of Thomas Means Gillis & Seay, PC.  Because Defendant was successful in obtaining the dismissal in this case, Defendant seeks reimbursement for a total of $4,197.58.

WHEREFORE, THE PREMISES CONSIDERED, Defendant Montgomery County respectfully requests that this Court approve the attached Bills of Costs and award any other relief that may be appropriate under the circumstances.

/s/*Constance C. Walker*
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for Defendant Montgomery County

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC.**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Facsimile

/s/*Tyrone C. Means*
Tyrone C. Means (ASB-8760-S80T)
Ramanadah S. Jones (ASB-9751-M61S)
Attorneys for Defendant Montgomery County

**OF COUNSEL:**

**THOMAS MEANS GILLIS & SEAY, PC**

Post Office Drawer 5058
Montgomery, Alabama 36103-5058
334-270-1033
334-260-9396 Facsimile

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this the 13th day of May, 2008, I have served a copy of the foregoing

upon all counsel by placing a copy of same in the United States Mail, postage prepaid, and addressed

as follows:

Mary W. Jeter
6016 Bolingbrook Drive
Montgomery, Alabama 36117


                                        /s/*Constance C. Walker*
                                        Of Counsel


32965

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

MIDDLE    District of    ALABAMA

Mary Jeter

V.

County of Montgomery

**BILL OF COSTS**

Case Number: 2:06cv1043-M

Judgment having been entered in the above entitled action on ___4/22/2008___ against ___Mary Jeter___ ,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $　　　350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,512.90 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 1,942.77 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL    $ | 3,805.67 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐　　Electronic service by e-mail as set forth below and/or.

☑　　Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:　　Constance C. Walker

For:　Montgomery County _____　Date:　5/13/2008
　　　　　　　　　　 Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court _____　　Deputy Clerk　　　　　　　　　　Date

**EXHIBIT**

**A**

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

77533

HASKELL SLAUGHTER

| VENDOR: | Haskell Slaughter | | | CHECK NO: | 77533 |
| OUR REF. NO. | YOUR | | | AMOUNT PAID | DISCOUNT TAKEN |
| 38663 | | | | $4,469.97 | $0.00 |

12-9-06 reimbursement of Mgrs. petty cash drawer

$4,469.97    January 02, 2007

DELUXE BUSINESS FORMS · 1-800-328-0304 www.deluxeforms.com

| 10/19/06 | 5087 | 02391-682 | Mtn for Summary Judgment | $50.00 |
|---|---|---|---|---|
| 10/25/06 | 5089 | 63008-042 | Filing Fee | 202.00 |
| 10/26/06 | 5090 | 04100-001 | Cert. Of Exist. (Bham) | 5.00 |
| 10/31/06 | 5109 | VOID | VOID | VOID |
| 10/31/06 | 5110 | 63008-044 | Mtn for Default Judgmt | 50.00 |
| 11/8/06 | 5112 | 53008-001 | S of S (Bham) | 5.00 |
| 11/8/06 | 5113 | 05185-001 | Filing Fees | 471.00 |
| 11/17/06 | 5118 | 05185-001 | Filing Fee | 200.00 |
| 11/17/06 | 5119 | 50051-556 | Filing Fee | 149.00 |
| 11/17/06 | 5120 | 71627-077 | Filing Fee | 350.00 |
| 11/20/06 | 5121 | VOID | VOID | VOID |
| 11/20/06 | 5122 | 50051-570 | Notice of Removal (Bham) | 350.00 |
| 11/21/06 | 5126 | 50051-348 | Connie W.-reimb. | 81.91 |
| 11/21/06 | 5127 | VOID | VOID | VOID |
| 11/21/06 | 5128 | 02391-391 | Filing Fee | 350.00 |
| 11/28/06 | 5129 | 02391-725 | Subpoena Fee | 120.00 |
| 12/05/06 | 5132 | 50051-581 | Mtg. Co Circuit | 149.00 |
| 12/05/06 | 5134 | 63008-038 | Calhoun Co. Circuit | 50.00 |

2524.91

#50051-570



**Certified Court Reporters and
Certified Legal Video Specialists**

BAKER&BAKER

Post Office Box 241361
Montgomery, Alabama 36124-1361
(334) 262-3332   (334) 647-3505 (fax)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/4/2007 | 37079CJB |

**BILL TO**

Mrs. Constance C. Walker
Haskell, Slaughter, Young & Gallion
305 South Lawrence Street
Montgomery, Alabama  36104

| TERMS |
|-------|
| Net 30 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re:  Mary Jeter v. Montgomery County, Case No. 2:06-cv-1043-MHT | |
| Appearance fee, 9/4/07: | |
| | 100.00 |
| Original & 1 – Deposition of Mary Jeter, 344 pages @ $3.10 per page: | |
| Exhibits - 342 pages @ $.75 per page (bound to transcript, tabbed, indexed, and electronic, included on deposition CDs): | 1,066.40 |
| | 256.50 |
| PDF and ASCII (included on Deposition CD): | |
| Condensed Transcript and Word Indexes: | 60.00 |
| | 30.00 |
| Complimentary e-Transcript | |

Tax ID # 01-0664038

| | **Total** | $1,512.90 |

online scheduling via www.baker-baker.com

*please pay
GT   10/5/07*

Inquiry: Expenses - Billed Details
Client: 50051 - MONTGOMERY COUNTY COMMISSION
Matter: 570 - Jeter, Mary

Expense Code: E101 Copying expense

User: PJT

*In House Copying*

| | Matter | Date | ExpCd | Bill | Amount |
|---|---|---|---|---|---|
| 60 | 570 | 08/30/2007 | E101 | 48230 | 1.80 |
| 61 | 570 | 08/30/2007 | E101 | 48230 | 0.80 |
| 62 | 570 | 09/03/2007 | E101 | 48230 | 23.20 |
| 63 | 570 | 09/04/2007 | E101 | 48230 | 69.80 |
| 64 | 570 | 09/04/2007 | E101 | 48230 | 2.20 |
| 65 | 570 | 09/10/2007 | E101 | 48230 | 1.60 |
| 66 | 570 | 09/11/2007 | E101 | 48230 | 4.20 |
| 67 | 570 | 09/11/2007 | E101 | 48230 | 0.60 |
| 68 | 570 | 09/11/2007 | E101 | 48230 | 2.40 |
| 69 | 570 | 09/12/2007 | E101 | 48230 | 2.00 |
| 70 | 570 | 09/13/2007 | E101 | 48230 | 0.20 |
| 71 | 570 | 09/18/2007 | E101 | 48230 | 0.60 |
| 72 | 570 | 09/18/2007 | E101 | 48230 | 0.80 |
| 73 | 570 | 09/24/2007 | E101 | 48230 | 0.20 |
| 74 | 570 | 09/24/2007 | E101 | 48230 | 0.20 |
| 75 | 570 | 10/01/2007 | E101 | 51281 | 40.60 |
| 76 | 570 | 10/01/2007 | E101 | 51281 | 0.20 |
| 77 | 570 | 10/05/2007 | E101 | 51281 | 23.60 |
| 78 | 570 | 10/05/2007 | E101 | 51281 | 68.80 |
| 79 | 570 | 10/15/2007 | E101 | 51281 | 1.20 |
| 80 | 570 | 10/16/2007 | E101 | 51281 | 1.80 |
| 81 | 570 | 10/16/2007 | E101 | 51281 | 1.00 |
| 82 | 570 | 10/19/2007 | E101 | 51281 | 4.40 |
| 83 | 570 | 10/19/2007 | E101 | 51281 | 1.60 |
| 84 | 570 | 10/19/2007 | E101 | 51281 | 1.40 |
| 85 | 570 | 10/22/2007 | E101 | 51281 | 0.80 |
| 86 | 570 | 11/06/2007 | E101 | 51281 | 1.20 |
| 87 | 570 | 11/06/2007 | E101 | 51281 | 1.80 |
| 88 | 570 | 11/07/2007 | E101 | 51281 | 0.20 |
| 89 | 570 | 11/12/2007 | E101 | 51281 | 1.80 |
| 90 | 570 | 11/13/2007 | E101 | 51281 | 0.40 |
| 91 | 570 | 11/16/2007 | E101 | 51281 | 24.80 |
| 92 | 570 | 11/16/2007 | E101 | 51281 | 68.80 |
| 93 | 570 | 11/19/2007 | E101 | 51281 | 13.40 |
| 94 | 570 | 11/19/2007 | E101 | 51281 | 0.80 |
| 95 | 570 | 11/19/2007 | E101 | 51281 | 0.60 |
| 96 | 570 | 11/19/2007 | E101 | 51281 | 4.00 |
| 97 | 570 | 11/19/2007 | E101 | 51281 | 0.40 |
| 98 | 570 | 11/19/2007 | E101 | 51281 | 0.80 |
| 99 | 570 | 11/19/2007 | E101 | 51281 | 21.40 |
| 100 | 570 | 11/20/2007 | E101 | 51281 | 21.80 |
| 101 | 570 | 11/20/2007 | E101 | 51281 | 0.40 |
| 102 | 570 | 11/20/2007 | E101 | 51281 | 1.00 |
| 103 | 570 | 11/20/2007 | E101 | 51281 | 4.20 |
| 104 | 570 | 11/20/2007 | E101 | 51281 | 0.20 |
| 105 | 570 | 11/21/2007 | E101 | 51281 | 0.60 |
| 106 | 570 | 11/21/2007 | E101 | 51281 | 0.20 |
| 107 | 570 | 11/21/2007 | E101 | 51281 | 0.20 |
| 108 | 570 | 11/21/2007 | E101 | 51281 | 0.60 |
| 109 | 570 | 11/21/2007 | E101 | 51281 | 0.60 |
| 110 | 570 | 11/26/2007 | E101 | 51281 | 13.40 |
| 111 | 570 | 11/26/2007 | E101 | 51281 | 0.20 |
| 112 | 570 | 12/03/2007 | E101 | 51281 | 0.20 |
| 113 | 570 | 12/06/2007 | E101 | 51281 | 0.20 |
| 114 | 570 | 12/12/2007 | E101 | 51281 | 1.60 |
| 115 | 570 | 12/12/2007 | E101 | 51281 | 0.60 |
| 116 | 570 | 12/12/2007 | E101 | 51281 | 0.20 |

442.60

Inquiry: Expenses - Unbilled Details
Client: 50051 - MONTGOMERY COUNTY COMMISSION
Matter: 570 - Jeter, Mary

Expense Code: E101 Copying expense

User: PJT

| | Matter | Date | ExpCd | Amount |
|---|---|---|---|---|
| 1 | 570 | 01/04/2008 | E101 | 11.20 |
| 2 | 570 | 01/04/2008 | E101 | 0.20 |
| 3 | 570 | 01/10/2008 | E101 | 0.20 |
| 4 | 570 | 01/23/2008 | E101 | 6.80 |
| 5 | 570 | 01/24/2008 | E101 | 0.20 |
| 6 | 570 | 01/28/2008 | E101 | 2.00 |
| 7 | 570 | 01/28/2008 | E101 | 1.20 |
| 8 | 570 | 02/05/2008 | E101 | 2.40 |
| 9 | 570 | 02/06/2008 | E101 | 2.40 |
| 10 | 570 | 02/13/2008 | E101 | 7.60 |
| 11 | 570 | 02/18/2008 | E101 | 1.40 |
| 12 | 570 | 02/19/2008 | E101 | 0.20 |
| 13 | 570 | 02/19/2008 | E101 | 4.00 |
| 14 | 570 | 02/19/2008 | E101 | 25.60 |
| 15 | 570 | 02/19/2008 | E101 | 0.20 |
| 16 | 570 | 02/19/2008 | E101 | 3.60 |
| 17 | 570 | 02/19/2008 | E101 | 1.00 |
| 18 | 570 | 02/19/2008 | E101 | 2.80 |
| 19 | 570 | 02/20/2008 | E101 | 2.60 |
| 20 | 570 | 02/20/2008 | E101 | 0.20 |
| 21 | 570 | 02/22/2008 | E101 | 1.20 |
| 22 | 570 | 03/07/2008 | E101 | 4.40 |
| 23 | 570 | 03/14/2008 | E101 | 0.20 |
| 24 | 570 | 03/18/2008 | E101 | 4.20 |
| 25 | 570 | 03/20/2008 | E101 | 17.40 |
| 26 | 570 | 04/02/2008 | E101 | 0.60 |
| 27 | 570 | 04/23/2008 | E101 | 2.00 |

*In house copying*

105.80

Inquiry: Expenses - Billed Details
Client: 50051 - MONTGOMERY COUNTY COMMISSION
Matter: 570 - Jeter, Mary

Expense Code: E101 Copying expense

User: PJT

| | Matter | Date | ExpCd | Bill | Amount |
|---|---|---|---|---|---|
| 1 | 570 | 04/19/2006 | E101 | 35591 | 0.80 |
| 2 | 570 | 04/19/2006 | E101 | 35591 | 0.80 |
| 3 | 570 | 04/24/2006 | E101 | 35591 | 3.00 |
| 4 | 570 | 06/06/2006 | E101 | 35591 | 8.40 |
| 5 | 570 | 06/07/2006 | E101 | 35591 | 0.40 |
| 6 | 570 | 07/07/2006 | E101 | 37750 | 0.40 |
| 7 | 570 | 08/01/2006 | E101 | 37750 | 0.40 |
| 8 | 570 | 08/22/2006 | E101 | 37750 | 0.40 |
| 9 | 570 | 08/23/2006 | E101 | 37750 | 0.20 |
| 10 | 570 | 10/09/2006 | E101 | 40320 | 0.40 |
| 11 | 570 | 11/20/2006 | E101 | 40320 | 9.00 |
| 12 | 570 | 11/20/2006 | E101 | 40320 | 10.40 |
| 13 | 570 | 11/20/2006 | E101 | 40320 | 2.00 |
| 14 | 570 | 12/18/2006 | E101 | 40320 | 31.40 |
| 15 | 570 | 03/21/2007 | E101 | 42197 | 3.00 |
| 16 | 570 | 03/21/2007 | E101 | 42197 | 6.00 |
| 17 | 570 | 03/21/2007 | E101 | 42197 | 0.40 |
| 18 | 570 | 03/21/2007 | E101 | 42197 | 5.60 |
| 19 | 570 | 03/22/2007 | E101 | 42197 | 1.00 |
| 20 | 570 | 04/03/2007 | E101 | 45056 | 0.20 |
| 21 | 570 | 04/16/2007 | E101 | 45056 | 1.60 |
| 22 | 570 | 04/23/2007 | E101 | 45056 | 28.40 |
| 23 | 570 | 04/23/2007 | E101 | 45056 | 16.00 |
| 24 | 570 | 04/23/2007 | E101 | 45056 | 1.20 |
| 25 | 570 | 04/23/2007 | E101 | 45056 | 7.20 |
| 26 | 570 | 04/23/2007 | E101 | 45056 | 24.60 |
| 27 | 570 | 04/23/2007 | E101 | 45056 | 1.80 |
| 28 | 570 | 04/23/2007 | E101 | 45056 | 16.60 |
| 29 | 570 | 04/23/2007 | E101 | 45056 | 5.40 |
| 30 | 570 | 04/24/2007 | E101 | 45056 | 11.00 |
| 31 | 570 | 05/09/2007 | E101 | 45056 | 14.80 |
| 32 | 570 | 05/09/2007 | E101 | 45056 | 12.00 |
| 33 | 570 | 05/10/2007 | E101 | 45056 | 0.60 |
| 34 | 570 | 05/10/2007 | E101 | 45056 | 0.60 |
| 35 | 570 | 05/10/2007 | E101 | 45056 | 0.80 |
| 36 | 570 | 05/10/2007 | E101 | 45056 | 1.20 |
| 37 | 570 | 05/10/2007 | E101 | 45056 | 52.20 |
| 38 | 570 | 05/11/2007 | E101 | 45056 | 0.40 |
| 39 | 570 | 05/15/2007 | E101 | 45056 | 0.40 |
| 40 | 570 | 05/16/2007 | E101 | 45056 | 1.40 |
| 41 | 570 | 06/06/2007 | E101 | 45056 | 6.20 |
| 42 | 570 | 06/21/2007 | E101 | 45056 | 0.60 |
| 43 | 570 | 07/09/2007 | E101 | 48230 | 48.60 |
| 44 | 570 | 07/09/2007 | E101 | 48230 | 22.40 |
| 45 | 570 | 07/09/2007 | E101 | 48230 | 0.20 |
| 46 | 570 | 07/10/2007 | E101 | 48230 | 1.20 |
| 47 | 570 | 07/10/2007 | E101 | 48230 | 5.60 |
| 48 | 570 | 07/19/2007 | E101 | 48230 | 0.80 |
| 49 | 570 | 07/23/2007 | E101 | 48230 | 0.40 |
| 50 | 570 | 08/07/2007 | E101 | 48230 | 11.20 |
| 51 | 570 | 08/17/2007 | E101 | 48230 | 0.40 |
| 52 | 570 | 08/20/2007 | E101 | 48230 | 1.00 |
| 53 | 570 | 08/29/2007 | E101 | 48230 | 0.20 |
| 54 | 570 | 08/29/2007 | E101 | 48230 | 0.20 |
| 55 | 570 | 08/29/2007 | E101 | 48230 | 0.40 |
| 56 | 570 | 08/29/2007 | E101 | 48230 | 0.60 |
| 57 | 570 | 08/29/2007 | E101 | 48230 | 20.40 |
| 58 | 570 | 08/29/2007 | E101 | 48230 | 0.20 |
| 59 | 570 | 08/30/2007 | E101 | 48230 | 0.20 |

In house Copying

403.10

WOMEN'S HEALTH AND WELLNESS CTR, LL
1401 EAST SOUTH BLVD
MONTGOMERY AL 36116
334-281-6700


09/17/07


MARY JETER
6016 BOLINGBROOK DRIVE
MONTGOMERY ALABAMA 36117


RE: JETER, MARY 001818

TO WHOM IT MAY CONCERN: MARY JETER:


IN COMPLIANCE WITH ACT 94-609 SIGNED INTO LAW ON APRIL 25, 1994
THE CHARGE FOR MEDICAL RECORDS REQUESTED ON THE ABOVE NAMED PATIENT
IS AS FOLLOWS:


SEARCH FEE:                                    $5.00

___25___  PAGES @ $1.00 FOR THE FIRST 25 PAGES  $ 25.00

___38___  PAGES @   .50 EACH PAGE IN EXCESS    $ 19.00
                              postage            2.84
                         TOTAL DUE    $ 51.84

PREPARED BY: _____

TAX IDENTIFICATION #20-3636644


#50051-570


Please pay
Go2  9/24/07

# ✓VOICE

*# 50051-570*

*Please pay GT 9/24/07*

# ACTON
## CORPORATION
The Release of Information Specialists

| **Medical Record Requestor** | |
|---|---|
| Haskell, Slaughter, Young & Gal | |
| PO Box 4660 | |
| Montgomery AL 36103 | |
| | |
| Glenda Tyree | |

| | |
|---|---|
| Invoice Number | 245839 |
| Invoice Date | 9/19/2007 |
| Invoice Due Date | 10/20/2007 |
| Your Reference # | |

| **Patient's Name** |
|---|
| Mary Jeter |

| **Records Requested From** |
|---|
| Dr. Hughes |

| Release of Information Item | Price |
|---|---|
| 477  Pages Copied | $251.00 |
| Alabama Processing Fee | $5.00 |
| Postage | $0.00 |
| 0 | $0.00 |
| postage | $6.85 |
| Certification | $15.00 |

| | |
|---|---|
| **Subtotal** | $277.85 |
| **Amount Paid** | $0.00 |
| **Amount Due** | **$277.85** |

| **Comments** |
|---|
| |

**TAX ID NUMBER**
## 72-1355541

1-205-981-4534

All charges are regulated by state law where applicable.  A late fee service of 1.5% per month (18% annual rate) will be made against all total fees not paid on or before the invoice due date.
**All costs of collections will be borne by requestor.**



134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/14/2007 | 7308 |

| Bill To |
|---------|
| Haskell, Slaughter, Young & Gallion, LLC<br>305 S. Lawrence St.<br>Montgomery, Alabama 36104 |

| Ship To |
|---------|
| |

| Terms | Ship |
|-------|------|
| Net 15 | 9/14/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 262 | 11 | Light Litigation | 0.11 | 28.82T |
| | | RE: 50051-570 | | |

Signature

| | |
|---|---|
| Sales Tax (10.0%) | $2.88 |
| **Total** | $31.70 |

please pay
GT   9/14/07



134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/12/2007 | 7298 |

| Bill To |
|---------|
| Haskell, Slaughter, Young & Gallion, LLC<br>305 S. Lawrence St.<br>Montgomery, Alabama 36104 |

| Ship To |
|---------|
| |

| Terms | Ship |
|-------|------|
| Net 15 | 9/12/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 287 | 11 | Light Litigation | 0.11 | 31.57T |
| | | Re: 50051-570 | | |

Signature

| | |
|---|---|
| Sales Tax (10.0%) | $3.16 |
| **Total** | $34.73 |

*please pay*
*GT 9/13/07*



134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/29/2007 | 7239 |

| Bill To | Ship To |
|---------|---------|
| Haskell, Slaughter, Young & Gallion, LLC<br>305 S. Lawrence St.<br>Montgomery, Alabama 36104 | |

| Terms | Ship |
|-------|------|
| Net 15 | 8/29/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 189 | 12 | Litigation Copying | 0.12 | 22.68T |
| | | RE: 50051-570 Jeter (Glenda) | | |

| Signature | | |
|-----------|---|---|
| | Sales Tax (10.0%) | $2.27 |
| | **Total** | $24.95 |

*please pay* 8/29/07

Pro Legal Copies of Montgomery, Inc.

134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal  Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/23/2007 | 6713 |

| Bill To |
|---------|
| Haskell, Slaughter, Young & Gallion, LLC<br>305 S. Lawrence St.<br>Montgomery, Alabama 36104 |

| Ship To |
|---------|
|  |

| Terms | Ship |
|-------|------|
| Net 15 | 4/23/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 834 | 12 | Litigation Copying | 0.12 | 100.08T |
| | | *Glendafoucca* | | |
| | | Re: 50051-570 | | |

Signature

| | Sales Tax  (10.0%) | $10.01 |
|--|---------------------|--------|
| | **Total** | $110.09 |



134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/21/2007 | 7614 |

| Bill To |
|---------|
| Haskell, Slaughter, Young & Gallion, LLC<br>305 S. Lawrence St.<br>Montgomery, Alabama 36104 |

| Ship To |
|---------|
|  |

| Terms | Ship |
|-------|------|
| Net 15 | 11/21/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 671 | I/B | Imaging - B&W | 0.12 | 80.52T |
| 1 | CD | CD Production | 6.95 | 6.95T |

RE: 50051-570

Signature

| | |
|--|--|
| Sales Tax (10.0%) | $8.75 |
| **Total** | $96.22 |

*please pay GT 11-20-07*



134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal  Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/12/2007 | 7666 |

| Bill To |
|---------|
| Haskell, Slaughter, Young & Gallion, LLC<br>305 S. Lawrence St.<br>Montgomery, Alabama 36104 |

| Ship To |
|---------|
|  |

| Terms | Ship |
|-------|------|
| Net 15 | 12/12/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,322 | I/B | Imaging - B&W | 0.09 | 118.98T |
|  |  | RE:  50051-570<br>(Glenda) |  |  |

| Signature | | Sales Tax  (10.0%) | $11.90 |
|-----------|---|---------|--------|
|  |  | **Total** | $130.88 |

*Please pay GT 12/12/07*



134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/30/2007 | 7246 |

| Bill To |
|---------|
| Haskell, Slaughter, Young & Gallion, LLC
305 S. Lawrence St.
Montgomery, Alabama 36104 |

| Ship To |
|---------|
| |

| Terms | Ship |
|-------|------|
| Net 15 | 8/30/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 582 | 11 | Light Litigation | 0.11 | 64.02T |
| | | Re: 50051-570 (Jeter) | | |

Signature

| | |
|---|---|
| Sales Tax (10.0%) | $6.40 |
| **Total** | $70.42 |

*Please pay 2/12/08*
*GT*

134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/19/2008 | 7898 |

**Bill To**

Haskell, Slaughter, Young & Gallion, LLC
305 S. Lawrence St.
Montgomery, Alabama 36104

**Ship To**

| Terms | Ship |
|-------|------|
| Net 15 | 2/19/2008 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,231 | 13 | Medium Litigation | 0.12 | 147.72T |
| | | RE: 50051-570 (Glenda) | | |

Signature

| | |
|---|---|
| Sales Tax (10.0%) | $14.77 |
| **Total** | $162.49 |

*Please pay 2/19/08*
*GT*

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Middle    District of    Alabama

Mary Jeter

V.

County of Montgomery

### BILL OF COSTS

Case Number: 2:06cv1043

Judgment having been entered in the above entitled action on    4/22/2008    against    Mary Jeter    ,
the Clerk is requested to tax the following as costs:                                Date

| | |
|---|---|
| Fees of the Clerk ................................................. | $ _____ |
| Fees for service of summons and subpoena ................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing ....................................... | _____ |
| Fees for witnesses (itemize on page two) .................................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | 391.91 |
| Docket fees under 28 U.S.C. 1923 ....................................... | _____ |
| Costs as shown on Mandate of Court of Appeals .............................. | _____ |
| Compensation of court-appointed experts .................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ........................................... | _____ |
| TOTAL    $ | 391.91 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐    Electronic service by e-mail as set forth below and/or.

☑    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    _Ramdanah L. Salaam-Jones_

Name of Attorney:    Ramdanah M. Salaam-Jones

For:    Montgomery County                                Date: 5/13/08
        Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                      Deputy Clerk                Date

**EXHIBIT**
**B**

✎AO 133    (Rev. 8/06)  Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

# Transactions  Listing

Search for: 2100-353   Search by: Matter ID  Stage: (all)  Type: All costs

| Date | Prof | MatterID/Client  Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------------------------------------------------|-----------------------|-------|-------|-------|
| **Component: FAC** | | | | | | |
| 2/22/2008 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Facsimile Charges | FAC | 12.00 | 1.50 | 18.00 |
| 3/12/2008 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Facsimile Charges | FAC | 11.00 | 1.50 | 16.50 |
| 3/20/2008 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Facsimile Charges | FAC | 9.00 | 1.50 | 13.50 |
| | | | Component: FAC | 32.00 | | 48.00 |
| **Component: POS** | | | | | | |
| 10/8/2007 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Postage | POS | 1.00 | 0.41 | 0.41 |
| | | | Component: POS | 1.00 | | 0.41 |
| **Component: Xer** | | | | | | |
| 5/17/2007 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 5/17/2007 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 7/10/2007 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 7/11/2007 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 9/13/2007 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 10/8/2007 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |

# Transactions  Listing

Search for: 2100-353   Search by: Matter ID   Stage: (all)   Type: All costs

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 10/23/2007 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 11/28/2007 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 11/28/2007 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 11/29/2007 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 11/29/2007 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 1/7/2008 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 1/8/2008 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 1/9/2008 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 1/28/2008 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 121.00 | 0.25 | 30.25 |
| 1/28/2008 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 17.00 | 0.25 | 4.25 |
| 1/30/2008 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 72.00 | 0.25 | 18.00 |
| 1/31/2008 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 73.00 | 0.25 | 18.25 |
| 3/12/2008 | | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |

# Transactions  Listing

Search for: 2100-353   Search by: Matter ID   Stage: (all)   Type: All costs

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|--------------------------------------------------------|-------------------|-------|-------|-------|
| 3/26/2008 | TTV | 2100-353 / Montgomery County Commission<br>MCC: Jeter, Mary v. Montgomery County Youth<br>Xerox Charges | Xer | 264.00 | 0.25 | 66.00 |
| | | Component: Xer | | 1,374.00 | | 343.50 |
| | | Grand Total | | 1,407.00 | | 391.91 |