≈AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Mary Jeter

V.

County of Montgomery

**BILL OF COSTS**

Case Number: 2:06cv1043

Judgment having been entered in the above entitled action on __4/22/2008__ against __Mary Jeter__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................. | $ _____ |
| Fees for service of summons and subpoena ........................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing ................................... | _____ |
| Fees for witnesses (itemize on page two) ............................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | 391.91 |
| Docket fees under 28 U.S.C. 1923 ................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ...................... | _____ |
| Compensation of court-appointed experts ............................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) .......................................... | _____ |
| TOTAL | $ 391.91 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐    Electronic service by e-mail as set forth below and/or.

☑    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _[signature] Ramdanah Salaam-Jones_

Name of Attorney: Ramdanah M. Salaam-Jones

For: Montgomery County                                    Date: 5/13/08
      Name of Claiming Party

Costs are taxed in the amount of  $391.91  and included in the judgment.

_Debra P. Hackett_                    By: _Charlene Campbell_        5-19-08
Clerk of Court                              Deputy Clerk                Date